

## IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

SEP 2 8 2005

CLERK-REGISTER, BULLOCK CO., ALA.

| | | |
|---|---|---|
| **JOE T. SMITH,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVILCASE NO.** _CV-2005- 104_ |
| | * | |
| **AMERICAN INTERNATIONAL GROUP, INC;** | * | |
| **AMERICAN GENERAL CORPORATION;** | * | |
| **AMERICAN GENERAL FINANCE, INC.;** | * | |
| **AMERICAN GENERAL FINANCE CORPORATION;** | * | |
| **MERIT LIFE INSURANCE COMPANY;** | * | |
| **KIMBERLY SINGLETON; PAT PORTER;** | * | |
| **ROY T. EVANS;** | * | |
| **and Fictitious Defendants "A",** | * | |
| **"B", and "C", whether singular or plural, those** | * | |
| **other persons, corporations, firms, or other** | * | |
| **entities whose wrongful conduct caused** | * | |
| **the injuries and damages to the Plaintiff,** | * | |
| **all of whose true and correct names are** | * | |
| **unknown to Plaintiff at this time, but will** | * | |
| **be substituted by amendment when ascertained,** | * | |
| | * | |
| **Defendants.** | * | |

## COMPLAINT

### STATEMENT OF THE PARTIES

1.    This court has subject matter and personal jurisdiction over the Defendants.  Venue is proper in Bullock County, Alabama.

2.    Plaintiff Joe T. Smith is an adult resident citizen of Bullock County, Alabama.

3.    Defendant American General Finance, Inc. is a domestic corporation, who does business by agent in Bullock County, Alabama.  This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.



1

4.    Defendant American International Group, Inc. is a foreign corporation who does business by agent in Bullock County, Alabama.  This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

5.    Defendant American General Corporation is a foreign corporation who does business by agent in Bullock County, Alabama.  This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

6.    Defendant American General Finance Corporation is a foreign corporation who does business by agent in Bullock County, Alabama.  This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

7.    Defendant Merit Life Insurance Company is a foreign insurance company who does business by agent in Bullock County, Alabama.  This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

8.    Defendant Kimberly Singleton is over the age of nineteen (19) and is a resident of Montgomery County, Alabama.

9.    Defendant Pat Porter is over the age of nineteen (19) and is a resident of Montgomery County, Alabama.

10.    Defendant Roy T. Evans is over the age of nineteen (19) and is a resident of Montgomery County, Alabama.

11.    Fictitious Defendants "A", "B", and "C", whether singular or plural, are those other persons, firms, corporations, or other entities whose wrongful conduct caused or contributed to cause the injuries and damages to the Plaintiff, all of whose true and correct names are unknown to Plaintiff at this time, but will be substituted by amendment when ascertained.

12.    Plaintiff's claims are brought solely under Alabama law, and Plaintiff states he does not bring any claim and/or disclaim any and all claims under any Federal laws, statutes, or regulations.

## STATEMENT OF THE FACTS

13.    On or about June 28, 2001, August 14, 2001, November 23, 2001 and other occasions, Plaintiff entered into several loans with Defendants at which time Defendants Kimberly Singleton, Pat Porter and Roy T. Evans, while acting as agents for all Defendants fraudulently represented to him that if he purchased the credit insurance offered him, his credit score/rating would be better and that he stood a better chance of getting approved for the loan he requested.

14.    Defendants advised Plaintiff that if he refinanced his previous loans into a single loan, that would be the best way for him to save money. Defendants refused to allow Plaintiff to have a separate loan.

15.    Defendants advised Plaintiff that purchasing the credit insurance offered was a good deal and offered great value and protection.

16.    Defendants had a duty to Plaintiff to give him good advice and they failed to do so, to Plaintiff's detriment.

17.    Based on each of the representations made by Defendants, Plaintiff agreed to purchase the credit insurance offered and refinance his loan.

18.    Defendants' conduct under the circumstances was intentional and amounts to actual malice.

19.    Plaintiff discovered the fraud within two (2) years of filing this lawsuit.

20.    Defendants entered into a pattern or practice of fraudulent conduct that included the fraud practiced on Plaintiff.

21.    At all times material hereto, Plaintiff depended on Defendants to advise him as to all loan requirements and insurance matters.  Defendants had superior knowledge and bargaining power over Plaintiff.

22.    The conduct by Defendants was intentional, gross, wanton, malicious, and/or oppressive.

**COUNT ONE**

23.    Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

24.    Defendants made the aforementioned fraudulent representations that they knew were false, or should have known were false, and intended for Plaintiff to rely on said false representations.

25.    Plaintiff did rely on the representations made by Defendants and due to Defendants' fraudulent misrepresentation of material facts, Plaintiff was induced to act as previously described.

26.    As a proximate consequence of Defendants' actions, Plaintiff was injured and damaged in at least the following ways: he paid money for insurance he did not want, he lost interest on said money, he paid excessive interest on his loans and accounts he otherwise would not have had to pay, he lost interest on the money attributed to the unnecessary payments, he has suffered mental anguish and emotional distress; and has otherwise been injured and damaged.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

**COUNT TWO**

27.    Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

4

28.    Defendants negligently and/or wantonly hired, trained, and supervised Defendants Kimberly Singleton, Pat Porter and Roy T. Evans and their agents, alter-egos and/or representatives responsible for advising Plaintiff of the loan and insurance benefits and all other requirements.

29.    As a proximate consequence of Defendants' actions, Plaintiff was injured and damaged as alleged herein.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

## COUNT THREE

30.    Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

31.    Plaintiff was not experienced in insurance and finance matters and placed a special trust and confidence in Defendants and consequently relied upon Defendants to properly advise him with respect to such matters.

32.    Defendants undertook a duty to advise Plaintiff, held themselves out as experts, and as persons interested in Plaintiff's well-being, and generally exhibited behavior inconsistent with the typical debtor-creditor relationship.

33.    As a result of the aforementioned actions, Defendants conduct amounts to a breach of their individual, contractual, professional and fiduciary obligations and duties to Plaintiff.  Said conduct further amounts to a breach of the duties that arise as a matter of Alabama law.

34.    As a proximate consequence of the Defendants breach, Plaintiff was injured and damaged as alleged herein.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

## COUNT FOUR

35. Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

36. Defendants negligently and/or wantonly made the aforementioned representations to Plaintiff.

37. Said action was a breach of the duty owed Plaintiff.

38. As a proximate consequence of said actions, Plaintiff was injured and damaged as described herein.

WHEREFORE, Plaintiff demands judgment against Defendant in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

JERE L. BEASLEY (BEA020)
TOM METHVIN (MET003)
C. LANCE GOULD (GOU007)
Attorneys for Plaintiff

**OF COUNSEL:**
**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
P. O. Box 4160
Montgomery, Alabama 36103
Telephone No.: (334) 269-2343
Facsimile No.: (334) 954-7555

**PLAINTIFF REQUESTS TRIAL BY STRUCK JURY**
**OF ALL ISSUES PRESENTED BY THIS CAUSE**

OF COUNSEL

6

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

| | |
|---|---|
| **JOE T. SMITH,** | * |
| | * |
| | * |
| **Plaintiff,** | * Civil Action No. *CV-05-104* |
| | * |
| **v.** | * |
| | * |
| **AMERICAN INTERNATIONAL GROUP, INC;** | * |
| **et al.,** | * |
| | * |
| **Defendants.** | * |

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:    **AMERICAN INTERNATIONAL GROUP, INC.**
**70 Pine Street**
**New York, NY 10270**

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

**C. Lance Gould**
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
**Post Office Box 4160**
**Montgomery, AL 36103-4160**

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

CIRCUIT CLERK

Dated: *10/3/05*

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

| | |
|---|---|
| JOE T. SMITH, | * |
| | * |
| **Plaintiff,** | * Civil Action No. _CV-05- 104_ |
| | * |
| v. | * |
| | * |
| AMERICAN INTERNATIONAL GROUP, INC; | * |
| et al., | * |
| | * |
| **Defendants.** | * |

## SUMMONS

    This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

      NOTICE TO:        **AMERICAN GENERAL CORPORATION**
                          **2929 Allen Parkway**
                          **Houston, TX 77019**

    The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

                          **C. Lance Gould**
                          **BEASLEY, ALLEN, CROW, METHVIN,**
                          **PORTIS & MILES, P.C.**
                          **Post Office Box 4160**
                          **Montgomery, AL 36103-4160**

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                _/s/ Shelbra M. Evans Ing._
                                  CIRCUIT CLERK

Dated: _10/3/05_

## IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

| | |
|---|---|
| **JOE T. SMITH,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **vs.** | * CIVILCASE NO. *CV-05- 104* |
| | * |
| **AMERICAN INTERNATIONAL GROUP,** | * |
| **INC., et al.,** | * |

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:  **AMERICAN GENERAL FINANCE, INC.**
**n/k/a American General Financial Services of Alabama, Inc.**
**c/o CSC Lawyers Incorporating Service, Inc.**
**150 S. Perry Street**
**Montgomery, AL  36104**

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights.  You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

**C. Lance Gould**
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
**Post Office Box 4160**
**Montgomery, AL  36103-4160**

the attorney for the Plaintiff.  THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.  You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_____
CIRCUIT CLERK

Dated:  *10/3/05*

## IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

| | |
|---|---|
| JOE T. SMITH, | * |
| | * |
| **Plaintiff,** | * Civil Action No. _Cv-05-104_ |
| | * |
| v. | * |
| | * |
| AMERICAN INTERNATIONAL GROUP, INC; | * |
| et al., | * |
| | * |
| **Defendants.** | * |

### SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:          **AMERICAN GENERAL FINANCE CORPORATION**
**c/o Corporation Service Company**
**251 East Ohio Street**
**Suite 500**
**Indianaopolis, IN 46204**

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

**C. Lance Gould**
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
**Post Office Box 4160**
**Montgomery, AL 36103-4160**

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_Shelbel M. Jernigan /mya_
CIRCUIT CLERK

Dated: _10/3/65_

## IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

| | |
|---|---|
| **JOE T. SMITH,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| **vs.** | * CIVILCASE NO. *CV-05-104* |
| | * |
| **AMERICAN INTERNATIONAL GROUP,** | * |
| **INC., et al.,** | * |

### SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

       **NOTICE TO:**        **MERIT LIFE INSURANCE COMPANY**
                          **c/o CSC Lawyers, Inc.**
                          **150 S. Perry Street**
                          **Montgomery, AL 36104**

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

                          **C. Lance Gould**
                          **BEASLEY, ALLEN, CROW, METHVIN,**
                          **PORTIS & MILES, P.C.**
                          **Post Office Box 4160**
                          **Montgomery, AL  36103-4160**

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                   *Shelia M. Ceurgan /mys*
                                CIRCUIT CLERK

Dated: *10/3/05*

## IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JOE T. SMITH,                                    *
                                                 *
     Plaintiff,                                *
                                                 *
vs.                                              *  CIVIL CASE NO. _CV-05-104_
                                                 *
AMERICAN INTERNATIONAL GROUP,                    *
INC., et al.,                                    *

### SUMMONS

     This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

     **NOTICE TO: KIMBERLY SINGLETON**
              **c/o American General Finance, Inc.**
              **2723 Eastern Bypass**
              **Montgomery, AL 36117**

     The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

          **C. Lance Gould**
          **BEASLEY, ALLEN, CROW, METHVIN,**
          **PORTIS & MILES, P.C.**
          **Post Office Box 4160**
          **Montgomery, AL 36103-4160**

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                          _Shelia M. Jernigan_
                          CIRCUIT CLERK

Dated: _10/3/05_

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JOE T. SMITH,                                    *
                                                 *
      Plaintiff,                            *
                                                 *
vs.                                              *  CIVIL CASE NO. *CV-05-104*
                                                 *
AMERICAN INTERNATIONAL GROUP,                    *
INC., et al.,                                    *

### SUMMONS

      This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

      NOTICE TO:  PAT PORTER
               c/o American General Finance, Inc.
               2723 Eastern Bypass
               Montgomery, AL  36117

      The Complaint which is attached to this summons is important and you must take immediate action to protect your rights.  You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

               C. Lance Gould
               BEASLEY, ALLEN, CROW, METHVIN,
               PORTIS & MILES, P.C.
               Post Office Box 4160
               Montgomery, AL  36103-4160

the attorney for the Plaintiff.  THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.  You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

CIRCUIT CLERK

Dated: *10/3/05*

## IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JOE T. SMITH,                                    *
                                                 *
    Plaintiff,                *
                                                 *
vs.                                              *  CIVILCASE NO. _CV-05-104_
                                                 *
AMERICAN INTERNATIONAL GROUP,                    *
INC., et al.,                                    *

### SUMMONS

    This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

        NOTICE TO:  ROY T. EVANS
                c/o American General Finance, Inc.
                2723 Eastern Bypass
                Montgomery, AL  36117

    The Complaint which is attached to this summons is important and you must take immediate action to protect your rights.  You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

                C. Lance Gould
                BEASLEY, ALLEN, CROW, METHVIN,
                PORTIS & MILES, P.C.
                Post Office Box 4160
                Montgomery, AL  36103-4160

the attorney for the Plaintiff.  THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.  You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                        _Sheila M. Yesiagerbye_
                                        CIRCUIT CLERK

Dated:  _10/3/05_

7160 3901 9848 8110 5553

**TO:** Pat Porter
c/o American General Finance, Inc.
2723 Eastern Bypass
Montgomery, AL 36117

**SENDER:** C. Lance Gould

**REFERENCE:** Joe T. Smith v. American
International G
CV-05-104

Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
Insurance Coverage Provided
Not Use for International Mail



---

7160 3901 9848 8110 5539

**TO:** Merit Life Insurance Company
c/o CSC Lawyers, Inc.
150 S. Perry Street
Montgomery, AL 36104

**SENDER:** C. Lance Gould

**REFERENCE:** Joe T. Smith v. American
International G
CV-05-104

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail



---

7160 3901 9848 8110 6055

**TO:** American General Corporation
2929 Allen Parkway
Houston, TX 77019

**SENDER:** C. Lance Gould

**REFERENCE:** Joe T. Smith v. American
International G
CV-05-104

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

---

7160 3901 9848 8110 6048

**TO:** American International Group, Inc.
70 Pine Street
New York, NY 10270

**SENDER:** C. Lance Gould

**REFERENCE:** Joe T. Smith v. American
International G
CV-05-104

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

---

7160 3901 9848 8110 6062

**TO:** American General Finance, Inc.
n/k/a American General Financial Services of
Alabama, Inc.
c/o CSC Lawyers Incorporating Service, Inc.
150 S. Perry Street
Montgomery, AL 36104

**SENDER:** C. Lance Gould

**REFERENCE:** Joe T. Smith v. American
International G
CV-05-104

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail



7160 3901 9848 8110 6024

**TO:** American General Finance Corporation
c/o Corporation Service Company
251 East Ohio Street
Suite 500
Indianapolis, IN 46204

**SENDER:**    C. Lance Gould

**REFERENCE:** Joe T. Smith v. American
International G

CV-05-104

| PS Form 3800, June 2000 | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for
Certified Mail**

No Insurance Coverage Provided
Do Not Use for International Mail

---

7160 3901 9848 8110 5550

**TO:** Roy T. Evans
c/o American General Finance, Inc.
2723 Eastern Bypass
Montgomery, AL 36117

**SENDER:**    C. Lance Gould

**REFERENCE:** Joe T. Smith v. American
International G

CV-05-104

| PS Form 3800, June 2000 | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for
Certified Mail**

No Insurance Coverage Provided
Do Not Use for International Mail

---

7160 3901 9848 8110 5546

**TO:** Kimberly Singleton
c/o American General Finance, Inc.
2723 Eastern Bypass
Montgomery, AL 36117

**SENDER:**    C. Lance Gould

**REFERENCE:** Joe T. Smith v. American
International G

CV-05-104

| PS Form 3800, June 2000 | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for
Certified Mail**

No Insurance Coverage Provided
Do Not Use for International Mail

```
 AVSO351                                                  CV 2005 000104.00

                                               UDGE: HON. BURT SMITHART

                          ALABAMA JUDICIAL DATA C  TER
                            CASE ACTION SUMMARY
                               CIRCUIT CIVIL

   IN THE CIRCUIT  COURT OF  BULLOCK        COUNTY

    JOE T SMITH VS AMERICAN INTL GROUP INC ET AL
  FILED:  09/28/2005 TYPE: BAD FAITH/FRAUD/MISR TY   TRIAL: JURY     TRACK:

 **********************************************    ************************
  DATE1:            CA:                CA DAT
  DATE2:            AMT:        $.00  PAYMENT
  DATE3:
 **********************************************    ************************
  PLAINTIFF  001: SMITH JOE T
                                      ATTOR   Y: GOULD CHARLES LANCE
                                      GOU00      P. O. BOX 4160
                 , AL  00000-0000
                 PHONE: (334)000-0000           MONTGOMERY, AL  36103
  ENTERED:  10/03/2005 ISSUED:           TYPE:           (334)269-2343
  SERVED:            ANSWERED:       JUDG_.ENT: Beasley 020 Tom McthvIN 603
 -------------------------------------------------------------------------
  DEFENDANT  001: AMERICAN INTL GROUP INC
                  70 PINE STREET              ATTORNEY:

                  NEW YORK, NY  10270-0000
                  PHONE: (334)000-0000
  ENTERED:  10/03/2005 ISSUED:  10/03/2005 TYPE:    CERTIFIED
  SERVED:            ANSWERED:           JUDGEMENT:
 -------------------------------------------------------------------------
  DEFENDANT  002: AMERICAN GENERAL CORPORATION
                  2929 ALLEN PARKWAY          ATTORNEY:

                  HOUSTON, TX  77019-0000
                  PHONE: (334)000-0000
  ENTERED:  10/03/2005 ISSUED:  10/03/2005 TYPE:    CERTIFIED
  SERVED: 10/7/05     ANSWERED:           JUDGEMENT:
 -------------------------------------------------------------------------
  DEFENDANT  003: AMERICAN GENERAL FINANCE INC
                  C/O CSC LAWYERS INC SERVI   ATTORNEY:
                  150 S PERRY STREET
                  MONTGOMERY, AL  36104-0000
                  PHONE: (334)000-0000
  ENTERED:  10/03/2005 ISSUED:  10/03/2005 TYPE:    CERTIFIED
  SERVED: 10/4/05     ANSWERED:           JUDGEMENT:
 -------------------------------------------------------------------------
  DEFENDANT  004: AMERICAN GENERAL FINANCE CORP
                  C/O CORP SERVICE CO         ATTORNEY:
                  251 E OHIO ST STE 500
                  INDIANOPOLIS, IN  46204-0000
                  PHONE: (334)000-0000
  ENTERED:  10/03/2005 ISSUED:  10/03/2005 TYPE:    CERTIFIED
  SERVED: 10/7/05     ANSWERED:           JUDGEMENT:
 -------------------------------------------------------------------------
  DEFENDANT  005: MERIT LIFE INSURANCE CO
                  C/O CSC LAWYERS INC         ATTORNEY:
                  150 S PERRY STREET
                  MONTGOMERY, AL  36104-0000
                  PHONE: (334)000-0000
  ENTERED:  10/03/2005 ISSUED:  10/03/2005 TYPE:    CERTIFIED
  SERVED:            ANSWERED:           JUDGEMENT:
 -------------------------------------------------------------------------
  DEFENDANT  006: SINGLETON KIMBERLY
                  C/O AMERICAN GENERAL FINA   ATTORNEY:
                  2723 EASTERN BYPASS
                  MONTGOMERY, AL  36117-0000
                  PHONE: (334)000-0000
  ENTERED:  10/03/2005 ISSUED:  10/03/2005 TYPE:    CERTIFIED
  SERVED:            ANSWERED:           JUDGEMENT:
 -------------------------------------------------------------------------
 NIJ  10/03/2005                                          CV 2005 000104.00
```

```
AVS0351                                              CV 2005 000104.00

                                          JUDGE: HON. BURT SMITHART
-----------------------------------------------------------------------
                    ALABAMA JUDICIAL DATA CENTER
                       CASE ACTION SUMMARY
                          CIRCUIT CIVIL
-----------------------------------------------------------------------
  IN THE CIRCUIT  COURT OF  BULLOCK       COUNTY

    JOE T SMITH VS AMERICAN INTL GROUP INC ET AL
  FILED:  09/28/2005 TYPE: BAD FAITH/FRAUD/MISR TYPE TRIAL: JURY      TRACK:

***********************************************************************
DATE1:              CA:                  CA DATE:
DATE2:              AMT:          $.00  PAYMENT:
DATE3:
***********************************************************************
DEFENDANT   007: PORTER PAT
                 C/O AMERICAN GENERAL FINA  ATTORNEY:
                 2723 EASTERN BYPASS
                 MONTGOMERY, AL  36117-0000
                 PHONE: (334)000-0000
  ENTERED:  10/03/2005 ISSUED:  10/03/2005 TYPE:   CERTIFIED
  SERVED:              ANSWERED:           JUDGEMENT:
-----------------------------------------------------------------------
DEFENDANT   008: EVANS ROY T
                 C/O AMERICAN GENERAL FINA  ATTORNEY:
                 2723 EASTERN BYPASS
                 MONTGOMERY, AL  36117-0000
                 PHONE: (334)000-0000
  ENTERED:  10/03/2005 ISSUED:  10/03/2005 TYPE:   CERTIFIED
  SERVED:  10/4/05    ANSWERED:           JUDGEMENT:
```

| Date | Entry |
|------|-------|
| 9/28/05 | Complaint filed |
| 10/3/05 | Forwarded by C.M. |
| 10/4/05 | C'M served on Def #3 |
| 10/4/05 | "    "    " Def #8 |
| 10/7/05 | "    "    " Defs # 3, 4 |

```
NIJ   10/03/2005                                     CV 2005 000104.00
```

```
AVS0352                                    CASE: CV 2005 000104.00
                                           JUDGE: HON. BURT SMITHART
  -----------------------------------------------------------------------
  |              ALABAMA JUDICIAL DATA CENTER                            |
  |            CASE ACTION SUMMARY CONTINUATION                          |
  |                   CIRCUIT CIVIL                                      |
  -----------------------------------------------------------------------
  | IN THE CIRCUIT  COURT OF  BULLOCK      COUNTY                       |
  |                                                                     |
  |   JOE T SMITH VS AMERICAN INTL GROUP INC ET AL                      |
  | FILED:  09/28/2005 TYPE:  BAD FAITH/FRAUD/MISR TYPE TRIAL:  JURY    TRACK:
  |*************************************************************************
  | DATE1:            CA:                    CA DATE:                    |
  | DATE2:            AMT:           $.00  PAYMENT:                      |
  |*************************************************************************
```

BULLOCK COUNTY
ALABAMA JUDICIAL DATA CENTER
COURT PAYMENT SYSTEM

DATE OF RECEIPT:
RECEIPT FOR CASE: 10/03/2005    TIME: 10:17:36    RECEIPT NUMBER: 015755
RECEIVED FROM: GOULD CHARLES LANCE    BATCH: 2006001

JOE T SMITH VS AMERICAN INTL GROUP INC ET AL

ACCOUNTS RECEIPTED:
    CVOS
    JDMD

RECEIVED BY: WIJ

CHECK AMOUNT                    *566.00
                               *100.00

                          *466.00

```
AVSO353                    ALABAMA JUDICIAL DATA CENTER
                                   FEE SHEET
                               CIRCUIT CIVIL            CASE:CV 2005 000104.00
```

| IN THE CIRCUIT COURT OF BULLOCK COUNTY | JUDGE: HON. BURT SMITHART |

```
   JOE T SMITH VS AMERICAN INTL GROUP INC ET AL
     PATTY:GOULD CHARLES LANCE            DATTY:
        P. O. BOX 4160

        MONTGOMERY, AL  36103
```

| CIVIL FEE SUMMARY | DATE | DATE | DATE | DATE | CONTINUATION | DATE | DATE | DATE | DATE |
|---|---|---|---|---|---|---|---|---|---|
| | AMT | AMT | AMT | AMT | | AMT | AMT | AMT | AMT |
| DOCKET FILING FEE | | | | | | | | | |
| SM(<)      $62.00 | ____ | ____ | ____ | ____ | OTHER SERVICES | ____ | ____ | ____ | ____ |
| SM(>)     $136.00 | ____ | ____ | ____ | ____ | COMMISSION ON SALE | ____ | ____ | ____ | ____ |
| DIST      $227.00 | ____ | ____ | ____ | ____ | JUDGEMENTS | ____ | ____ | ____ | ____ |
| CIRC      $226.00 | ____ | ____ | ____ | ____ | POST JUDGEMENT FEE | ____ | ____ | ____ | ____ |
| JU/CS     $119.00 | ____ | ____ | ____ | ____ | ATTACHMENTS | ____ | ____ | ____ | ____ |
| LAW LIBRARY TAX | 2.00 | ____ | ____ | ____ | GARNISHMENTS | ____ | ____ | ____ | ____ |
| JURY DEMAND | | ____ | ____ | ____ | EXECUTION | ____ | ____ | ____ | ____ |
| SERVICE FEES | | ____ | ____ | ____ | APPEAL COSTS | ____ | ____ | ____ | ____ |
| EACH DEF OVER | ____ | ____ | ____ | ____ | LOWER COURT COSTS | ____ | ____ | ____ | ____ |
| _____ | | ____ | ____ | ____ | OTHER | ____ | ____ | ____ | ____ |
| CERT MAIL | | ____ | ____ | ____ | COURT ADM FUND | ____ | ____ | ____ | ____ |
| SUBPOENA EACH | | ____ | ____ | ____ | FAMILY COURT | ____ | ____ | ____ | ____ |
| ABND VEH    $37.00 | ____ | ____ | ____ | ____ | SHERIFF'S FEE | ____ | ____ | ____ | ____ |
| WORKERS | | ____ | ____ | ____ | | ____ | ____ | ____ | ____ |
| COMP     $174.00 | ____ | ____ | ____ | ____ | TOTAL COSTS | ____ | ____ | ____ | ____ |

| CASH RECEIPTS/FROM | DATE RECEIVED | RECEIPT NUMBER | AMOUNT RECEIVED | GARNISHEE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DISBURSEMENTS PAID TO | DATE PAID | CHECK NO | AMOUNT PAID |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

```
WIJ   10/03/2005
```

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET<br>CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>C V _2005_ _104_ _ _ -<br>Date of Filing:       Judge Code:<br>_09_ _18_ _2005_<br>Month   Day   Year |
|---|---|---|

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF _____ **BULLOCK** _____, ALABAMA
*(Name of County)*

_____ JOE T. SMITH _____ v. AMERICAN INTERNATIONAL GROUP, INC.

| **First Plaintiff** | **Plaintiff**<br>☐ Business   ☑ Individual<br>☐ Government   ☐ Other | **First Defendant** | **Defendant**<br>☑ Business   ☐ Individual<br>☐ Government   ☐ Other |
|---|---|---|---|

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) the best characterizes your action:

| TORTS: PERSONAL INJURY | OTHER CIVIL FILINGS (cont'd) |
|---|---|
| ☐ WDEA - Wrongful Death | ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve |
| ☐ TONG - Negligence: General | ☐ CVRT - Civil Rights |
| ☐ TOMV - Negligence: Motor Vehicle | ☐ COND - Condemnation/Eminent Domain/Right-of-Way |
| ☐ TOWA - Wantonness | ☐ CTMP - Contempt of Court |
| ☐ TOPL - Product Liability/AEMLD | ☐ CONT - Contract/Ejectment/Writ of Seizure |
| ☐ TOMM - Malpractice-Medical | ☐ TOCN - Conversion |
| ☐ TOLM - Malpractice-Legal | ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction<br>Election Contest/Quiet Title/Sale For Division |
| ☐ TOOM - Malpractice-Other | ☐ CVUD - Eviction Appeal/Unlawful Detainer |
| ☑ TBFM - Fraud/Bad Faith/Misrepresentation | ☐ FORJ - Foreign Judgment |
| ☐ TOXX - Other: _____ | ☐ FORF - Fruits of Crime Forfeiture |
| | ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition |
| **TORTS: PERSONAL INJURY** | ☐ PFAB - Protection From Abuse |
| ☐ TOPE - Personal Property | ☐ FELA - Railroad/Seaman (FELA) |
| ☐ TORE - Real Property | ☐ RPRO - Real Property |
| | ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship |
| **OTHER CIVIL FILINGS** | ☐ COMP - Workers' Compensation |
| ☐ ABAN - Abandoned Automobile | ☐ CVXX - Miscellaneous Circuit Civil Case |
| ☐ ACCT - Account & Nonmortgage | |
| ☐ APAA - Administrative Agency Appeal | |
| ☐ ADPA - Administrative Procedure Act | |
| ☐ ANPS - Adults in Need of Protective Services | |

**ORIGIN** (check one):   F ☑ INITIAL FILING     A ☐ APPEAL FROM      O ☐ OTHER:
                                DISTRICT COURT
           R ☐ REMANDED       T ☐ TRANSFERRED FROM
                                    OTHER CIRCUIT COURT

| HAS JURY TRIAL BEEN DEMANDED?   ☑ YES ☐ NO | **Note:** Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure) |
|---|---|

| **RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED | ☐ NO MONETARY AWARD REQUESTED |
|---|---|

| ATTORNEY CODE:<br>G O U 0 0 7 | September 27, 2005<br>Date | *Lance Gould* Lance Gould<br>Signature of Attorney/Party filing this form |
|---|---|---|

**MEDIATION REQUESTED:**   ☐ YES   ☑ NO   ☐ UNDECIDED

2. Article Number

7160 3901 9848 8110 6024

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

American General Finance Corporation
c/o Corporation Service Company
251 East Ohio Street
Suite 500
Indianapolis, IN 46204

CV-05-104

PS Form 3811, July 2001     Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   Tina Stanter
B. Date of Delivery   10-7-05
C. Signature
X _____
☐ Agent
☐ Addressee
D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

2005

Reference Information

Joe T. Smith v. American International
G

C. Lance Gould

---

2. Article Number

7160 3901 9848 8110 6055

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

American General Corporation
2929 Allen Parkway
Houston, TX 77019

CV-05-104

PS Form 3811, July 2001     Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
B. Date of Delivery   10-7
C. Signature
X _____
☐ Agent
☐ Addressee
D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

Reference Information

Joe T. Smith v. American International
G

C. Lance Gould

---

2. Article Number

7160 3901 9848 8110 5560

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

Roy T. Evans
c/o American General Finance, Inc.
2723 Eastern Bypass
Montgomery, AL 36117

CV-05-104

PS Form 3811, July 2001     Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   Melodee Wyatt
B. Date of Delivery   10/4/5
C. Signature
X Melodee Wyatt
☐ Agent
☐ Addressee
D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

Reference Information

Joe T. Smith v. American International
G

C. Lance Gould

---

2. Article Number

7160 3901 9848 8110 6062

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

American General Finance, Inc.
n/k/a American General Financial Services of
Alabama, Inc.
c/o CSC Lawyers Incorporating Service, Inc.
150 S. Perry Street
Montgomery, AL 36104

CV-05-104

PS Form 3811, July 2001

X C. Miller

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

☐ Agent
☐ Addressee

Reference Information

Joe T. Smith v. American International
G

C. Lance Gould

Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USF
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

~~Tammy Price~~
~~Beasley, Allen~~
~~272 Commerce Street~~
~~Montgomery, AL 36104~~

WILBERT M. JERNIGAN
Bullock County Circuit Clerk
P.O. Box 230
Union Springs, Ala. 36089
PHONE (334) 738-2280

002

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USF
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

~~Tammy Price~~
~~Beasley, Allen~~
~~272 Commerce Street~~
~~Montgomery, AL 36104~~

WILBERT M. JERNIGAN
Bullock County Circuit Clerk
P.O. Box 230
Union Springs, Ala. 36089
PHONE (334) 738-2280

WILBERT M. JERNIGAN
Bullock County Circuit Clerk
P.O. Box 230
Union Springs, Ala. 36089
PHONE (334) 738-2280

~~Tammy Price~~
~~Beasley, Allen~~
~~272 Commerce Street~~
~~Montgomery, AL 36104~~

C043

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USF
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

~~Tammy Price~~
~~Beasley, Allen~~
~~272 Commerce Street~~
~~Montgomery, AL 36104~~

WILBERT M. JERNIGAN
Bullock County Circuit Clerk
P.O. Box 230
Union Springs, Ala. 36089
PHONE (334) 738-2280