IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE T. SMITH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC.;<br>AMERICAN GENERAL CORPORATION;<br>AMERICAN GENERAL FINANCE, INC.;<br>AMERICAN GENERAL FINANCE<br>CORPORATION; MERIT LIFE INSURANCE<br>COMPANY; KIMBERLY SINGLETON; PAT<br>PORTER; ROY T. EVANS; and Fictitious<br>Defendants "A", "B", and "C", whether singular<br>or plural, those other persons, corporations,<br>firms, or other entities whose wrongful conduct<br>caused the injuries and damages to the Plaintiff,<br>all of whose true and correct names are unknown<br>to Plaintiffs at this time, but will be substituted<br>by amendment when ascertained,<br><br>　　　　　Defendants. | CIVIL ACTION NO. _____ |

COUNTY OF　CHEROKEE

STATE OF　GEORGIA

### AFFIDAVIT OF ROBERT S. RITTER

Robert S. Ritter, under oath, states as follows:

1.　My name is Robert S. Ritter. The statements made in this declaration are based upon my own personal knowledge as more specifically set forth below and, if sworn as a witness, I could testify competently to them.

2.　I serve as Director of Operations for the State of Alabama and an officer of American General Financial Services, Inc. ("American General"). Attached hereto as Exhibit 1



1408454

are true and correct copies of documents reflecting loan transactions between Plaintiff Joe T. Smith and American General, which were created and executed at the time of the loan transactions with Joe T. Smith. They have been maintained in the course of American General's regularly conducted business activity since those transactions, and it is the regular practice of American General to maintain such records.

**FURTHER AFFIANT SAYETH NOT.**

This the __2nd__ day of November, 2005.

_____
Robert S. Ritter

SWORN TO AND SUBSCRIBED BEFORE ME, this the __2nd__ day of November, 2005.

_____
NOTARY PUBLIC

My Commission Expires:

My Commission Expires August 11, 2006

*[Notary Seal: JEANNINE M. JADRNAK, NOTARY PUBLIC, BARTOW COUNTY, GA]*

1408454

2