# NOTE AND SECURITY AGREEMENT

**AMERICAN GENERAL**
American General Finance, Inc.

| | | | | | | |
|---|---|---|---|---|---|---|
| DATE FINANCE CHARGE BEGINS TO ACCRUE IF DIFFERENT FROM DATE OF NOTE | PAYEE (LENDER) AMERICAN GENERAL FINANCE, INC. 2723 EASTERN BYP MONTGOMERY, AL 36117-1594 | | | | | |
| Other Payments Due on Same Date of Each Month. | Final Payment Due Date | Amount of First Payment | Amount of Balloon Payment | Amount of Monthly Payment | Total Number of Payments | Term of Loan in Months |
| | 12/05/03 | $ 102.13 | $ NONE | $ 90.00 | 24 | 24 |

## ITEMIZATION OF AMOUNT FINANCED

- ...rance Co. (Joint Coverage)
- ...rance Co. (Single Coverage)
- ...Insurance Co.
- Insurance Co. $ NONE
- ...s for Certificate of Title Fees (Amount of Coverage)
- ...e for Recording

7. Appraiser for Appraisal Fee _____ $NONE _____ PAID TO _____
8. Title Exam Fee/Title Insurance _____ $NONE _____ PAID TO _____
9. Taxes Paid to Gov't. Agency _____ $NONE
10. Abstract Fee _____ $NONE _____ PAID TO _____
11. Attorney Fee _____ $NONE _____ PAID TO _____
12. Paid on Prior Account with Lender $ 1483.13
13. Amount Paid to you or on your behalf itemized below → $ 55.84

**20.74 % Agreed Rate of Charge**

- A. $ 90.00 Prepaid Finance Charge Interest Surcharge
- B. $ NONE Prepaid Finance Charge (Points)
- C. $ NONE Prepaid Finance Charge (Mortgage Recording Tax)
- D. $ NONE Prepaid FINANCE CHARGE Broker Fee
  (Paid to _____)
- E. $ 416.31 Interest

18. $ 1755.82 Principal Amount of Loan (14 + 15A + 15B + 15C + 15D)

$ 55.84 TO YOU

...ch and all of those who signed this Note and Security Agreement ("Agreement") as a Borrower. If there is ...Borrower, each is liable for the entire obligation ("joint and several liability"). The word "we", "us" and "our"

...promise to pay the original Principal Amount of Loan (Amount Financed plus any Interest Surcharge, Prepaid ...s which includes Interest Surcharge, Points, Brokers Fee and Mortgage Recording Tax) together with interest ...alances at the Agreed Rate of Charge set forth. The total of the original Principal Amount of Loan and such ...st is to be repaid in monthly installments. The Finance Charge will be less if you make payments ahead of ...reater if you make payments later than scheduled. You may prepay this loan in full or in part at any time ...Partial prepayment will not defer or delay your obligation to pay remaining installments.

...nt shall be due on the First Payment Due Date indicated and the following payments shall be due on the same ...ceeding month to and including the Final Payment Due Date.

...harge of 6% of the first $2,000 of the Amount Financed may be charged to you by us. If your loan is prepaid in ...s within 90 days of the date of your loan, you will receive a pro rata refund or credit of the interest surcharge ...ch event, we can retain an amount of no less than $25. After 90 days, the interest surcharge is fully earned by ...f the interest surcharge will be made except as stated in this provision.

...s more than 10 days late, you will pay 5% of the unpaid amount of the payment, but not less than $10.00 and ...00.00.

...aintain insurance against all hazards and risks of physical damage on the collateral securing this loan (other ...goods) and name us as loss payee. You agree to maintain such insurance for the term of the loan. You may ...ed insurance from any agent or insurer of your choice, or you may use any existing policy you own. Unless ...with evidence of the required insurance coverage, we may purchase insurance at your expense to protect our ...collateral. This insurance may, but need not, protect your interests. The coverage that we purchase may not ...at you make or any claim that is made against you in connection with the collateral. You may later cancel any ...ased by us, but only after providing us with evidence that you have obtained insurance as required by our ...e purchase insurance for the collateral, you will be responsible for the costs of that insurance, including interest ...charges we may impose in connection with the placement of the insurance, until the effective date of the ...expiration of the insurance. The costs of the insurance may be added to your total outstanding balance or ...costs of the insurance may be more than the cost of insurance you may be able to obtain on your own.

...y request credit life or disability insurance, you acknowledge disclosure of the cost of such insurance and ...nclude it in the balance payable under the note and security agreement.

...that credit insurance is not required in connection with this loan and was not a factor in the approval of the ...dit, and that you may obtain such insurance, if you want it, from any person you choose. If you have chosen to ...urance through Lender, then (a) your choice to obtain such credit insurance through Lender is indicated on a ...d Federal Disclosure Statement, a copy of which has been given to you and (b) the cost of such credit ...uded within the Amount Financed and is shown on the Itemization of Amount Financed.

**...s multiple pages that include important information about your loan.**

**...VE READ, UNDERSTAND AND AGREE TO THE TERMS AND CONDITIONS IN THIS DOCUMENT, INCLUDING THE ...HAT PROVIDE, AMONG OTHER THINGS, THAT EITHER YOU OR LENDER MAY REQUIRE THAT CERTAIN ...D LENDER BE SUBMITTED TO BINDING ARBITRATION. IF YOU OR LENDER ELECTS TO USE ARBITRATION, ...L HAVE WAIVED YOUR AND LENDER'S RIGHT TO A TRIAL BY A JURY OR JUDGE, THE DISPUTE WILL BE ...AND THE DECISION OF THE ARBITRATOR WILL BE FINAL. ARBITRATION WILL BE CONDUCTED PURSUANT ...IAL ARBITRATION FORUM.**

...receipt of a completely filled in copy of this Agreement and the Federal Disclosure Statement on a separate ...HAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

_____    _Joe T. Smith_____
                          Signature of Principal Borrower

_____    _____
                          Signature of Other Borrower

Page 1 of 3

MGBY.4976.0019

**FEDERAL DISCLOSURE STATEMENT**

**AMERICAN GENERAL FINANCE**

| DRESS | LICENSED OFFICE: (LENDER) | American General Finance, Inc. |
|---|---|---|
| 5089 | AMERICAN GENERAL FINANCE, INC.<br>2723 EASTERN BYP<br>MONTGOMERY, AL 36117-1594 | (Phone: ...)<br>(Fax: 334- ... ) |

| Other Payments Due on Same Date of Each Month | Final Payment Due Date | Amount of First Payment | Amount of Balloon Payment | Amount of Monthly Payment | Total Number of Payments | Term of Loan in Months |
|---|---|---|---|---|---|---|
| | 12/05/03 | $ 102.13 | $ NONE | $ 90.00 | 24 | 24 |

| RATE | FINANCE CHARGE<br>The dollar amount the credit will cost you | AMOUNT FINANCED<br>The amount of credit provided to you or on your behalf | TOTAL OF PAYMENTS<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| y rate % | $ 506.31 | $ 1665.82 | $ 2172.13 |

ent is more than 10 days late, you will pay 5% of the unpaid amount of the payment, but not less than $10.00

early, you will not have to pay a penalty.

security interest in:

eing purchased.    ☐ Motor Vehicle

ONY TV, 1 25" RCA TV, 1 SONY VCR

y interest in your Real Estate located at

Deed of Trust is being retained as security on your loan.

ng your house may not assume the remainder of the Mortgage on the original terms.

r credit disability insurance are not required to obtain a loan and will not be provided unless you sign and t. You understand that we and/or our insurance affiliates anticipate a benefit and/or a profit from the sale of ereto if you select such insurance. If a rescission period applies, there is no credit life insurance coverage period.

| | Premium | Signature(s) |
|---|---|---|
| edit Life sability | | I want single decreasing credit life and single credit disability insurance.<br>Signature(s): Joe T. Smith<br>First Named Borrower |
| | $ 126.85 | Second Named Borrower |
| u are employed at least 30 hours per week. | | Joe T. Smith<br>Insured-Single Disability |

EDIT LIFE AND/OR DISABILITY INSURANCE CANCELLATION OPTION
LITY CANCELLATION: If you desire to do so, you may, without penalty or obligation, within 30 days from the cancel the credit life and/or disability insurance coverage by returning the credit life and disability insurance n with this loan to the office where the loan was made. Upon cancellation, a full rebate of the insurance will be made. You may also cancel such policy after 30 days, however, you will only be entitled to a refund

**PERSONAL PROPERTY INSURANCE DISCLOSURE**

operty insurance on personal property securing this loan other than household goods. You may obtain such t, or provide it through an existing policy with loss payable to us.

se property insurance on your household goods to secure this loan. If you choose to have such insurance, rom anyone you want. You should consider any homeowner's or other insurance which you may already e insurance with this loan. If you purchase property insurance through us which covers the collateral which motor vehicle, you will have 30 days from the date of purchase to cancel the insurance and receive a full n of the premium will be retained by the insurer if cancellation occurs more than 30 days from the date of the your policy/certificate or make a written request to this office.

from or through us which covers the collateral which secures your loan other than a motor vehicle, it will be ou will pay $ NONE        . You also understand that we and/or our insurance affiliates anticipate a benefit se of insurance.

You want property insurance

_____ Signature

_____ Signature

ny additional information about non-payment, default, any required repayment in full before the scheduled nd penalties if any.

You have received a copy of this Federal Disclosure Statement.

Joe T. Smith                    11/23/200_
First Named Borrower              Date

**GENERAL FINANCE**

Borrower Name: JOE T SMITH

Borrower Address (Street, City, State, Zip): PO BOX 402 UNION SPRINGS, AL 36089

Branch Number: 1715  Loan Number: 7511142  Date: 11/23/01

I WANT TO PURCHASE THE INSURANCE NOTED BELOW AND HAVE THE INSURANCE PREMIUM FINANCED AS PART OF MY LOAN. I FULLY UNDERSTAND THAT I DO NOT HAVE TO PURCHASE ANY OF THE FOLLOWING INSURANCE TO GET MY LOAN.

| INSURANCE PRODUCT | INSURED(S) | PREMIUM |
|---|---|---|
| Credit Life | JOE T SMITH | $ 29.65 |
| Credit Disability | JOE T SMITH | $ 97.20 |
| Credit Personal Property | | $ NONE |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

I understand that if I later decide that I do not want any or all of the insurance, I can cancel coverage by returning the certificate/policy to the office where the loan was made and request a refund of any unearned premium.

Please read your policy/certificate for applicable benefits, restrictions and limitations.

INSURANCE SALESPERSON:
(Signature)
1001632
(License Number)

BORROWER: Joe T. Smith
(Signature)

CO-BORROWER:
(Signature)

Insurance Salesperson must sign in the presence of the Borrower and must personally explain the insurance coverage to the Borrower.

Policy Services - Insurance Operations

TE AND SECURITY AGREEMENT

**AMERICAN GENERAL FINANCE**

| DATE FINANCE CHARGE BEGINS TO ACCRUE IF DIFFERENT FROM DATE OF NOTE |
|---|

PAYEE (LENDER)
AMERICAN GENERAL FINANCE, INC.
2723 EASTERN BYP
MONTGOMERY, AL 36117-1594

089

| Other Payments Due on Same Date of Each Month. | Final Payment Due Date | Amount of First Payment | Amount of Balloon Payment | Amount of Monthly Payment | Total Number of Payments | Term of Loan in Months |
|---|---|---|---|---|---|---|
| | 08/15/03 | $ 91.01 | $ NONE | $ 90.00 | 24 | 24 |

**ITEMIZATION OF AMOUNT FINANCED**

nce Co. (Joint Coverage)      7. Appraiser for Appraisal Fee ___ $NONE   PAID TO ____
nce Co. (Single Coverage)     8. Title Exam Fee/Title Insurance __ $NONE  PAID TO ____
nsurance Co.                  9. Taxes Paid to Gov't. Agency ___ $NONE
nsurance Co. $NONE           10. Abstract Fee ___ $NONE                   PAID TO ____
  Amount of Coverage         11. Attorney Fee ___ $NONE                   PAID TO ____
for Certificate of Title Fees
for Recording                12. Paid on Prior Account with Lender $ 995.39
                             13. Amount Paid to you or on your
                                 behalf itemized below  → $ 543.58     TO

20.74 % Agreed Rate of Charge

A.$ 90.00    Prepaid Finance Charge
B.$ NONE     Interest Surcharge
             Prepaid Finance Charge (Points)
C.$ NONE     Prepaid Finance Charge
             (Mortgage Recording Tax)
D.$ NONE     Prepaid FINANCE CHARGE Broker Fee
             (Paid to
E.$ 405.19 Interest

**PAID BY RENEWAL**
NOV 23 2001
American General Finance
MONTGOMERY, AL

n of lines 1 thru 13)

RGE
RCENTAGE RATE

18. $ 1755.82 Principal Amount of Loan
              (14 + 15A + 15B + 15C + 15D)      $543.58   YOU

h and all of those who signed this Note and Security Agreement ("Agreement") as a Borrower. If there is orrower, each is liable for the entire obligation ("joint and several liability"). The word "we", "us" and "our"

omise to pay the original Principal Amount of Loan (Amount Financed plus any Interest Surcharge, Prepaid which includes Interest Surcharge, Points, Brokers Fee and Mortgage Recording Tax) together with interest lances at the Agreed Rate of Charge set forth. The total of the original Principal Amount of Loan and such t is to be repaid in monthly installments. The Finance Charge will be less if you make payments ahead of eater if you make payments later than scheduled. You may prepay this loan in full or in part at any time artial prepayment will not defer or delay your obligation to pay remaining installments.

shall be due on the First Payment Due Date indicated and the following payments shall be due on the same eeding month to and including the Final Payment Due Date.

arge of 6% of the first $2,000 of the Amount Financed may be charged to you by us. If your loan is prepaid in within 90 days of the date of your loan, you will receive a pro rata refund or credit of the interest surcharge event, we can retain an amount of no less than $25. After 90 days, the interest surcharge is fully earned by he interest surcharge will be made except as stated in this provision.

more than 10 days late, you will pay 5% of the unpaid amount of the payment, but not less than $10.00 and 0.00.

ntain insurance against all hazards and risks of physical damage on the collateral securing this loan (other oods) and name us as loss payee. You agree to maintain such insurance for the term of the loan. You may d insurance from any agent or insurer of your choice, or you may use any existing policy you own. Unless th evidence of the required insurance coverage, we may purchase insurance at your expense to protect our ollateral. This insurance may, but need not, protect your interests. The coverage that we purchase may not t you make or any claim that is made against you in connection with the collateral. You may later cancel any sed by us, but only after providing us with evidence that you have obtained insurance as required by our purchase insurance for the collateral, you will be responsible for the costs of that insurance, including interest arges we may impose in connection with the placement of the insurance, until the effective date of the xpiration of the insurance. The costs of the insurance may be added to your total outstanding balance or sts of the insurance may be more than the cost of insurance you may be able to obtain on your own.

request credit life or disability insurance, you acknowledge disclosure of the cost of such insurance and lude it in the balance payable under the note and security agreement.

at credit insurance is not required in connection with this loan and was not a factor in the approval of the , and that you may obtain such insurance, if you want it, from any person you choose. If you have chosen to ance through Lender, then (a) your choice to obtain such credit insurance through Lender is indicated on a Federal Disclosure Statement, a copy of which has been given to you and (b) the cost of such credit ed within the Amount Financed and is shown on the Itemization of Amount Financed.

nultiple pages that include important information about your loan.
READ, UNDERSTAND AND AGREE TO THE TERMS AND CONDITIONS IN THIS DOCUMENT, INCLUDING THE
AT PROVIDE, AMONG OTHER THINGS, THAT EITHER YOU OR LENDER MAY REQUIRE THAT CERTAIN
LENDER BE SUBMITTED TO BINDING ARBITRATION. IF YOU OR LENDER ELECTS TO USE ARBITRATION,
HAVE WAIVED YOUR AND LENDER'S RIGHT TO A TRIAL BY A JURY OR JUDGE, THE DISPUTE WILL BE
ND THE DECISION OF THE ARBITRATOR WILL BE FINAL. ARBITRATION WILL BE CONDUCTED PURSUANT
L ARBITRATION FORUM.

ceipt of a completely filled in copy of this Agreement and the Federal Disclosure Statement on a separate

T YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

_Joe Smith_
Signature of Principal Borrower

FEDERAL DISCLOSURE STATEMENT                    **AMERICAN GENERAL** FINANCE

LICENSED OFFICE: (LENDER)
AMERICAN GENERAL FINANCE, INC.
2723 EASTERN BYP
MONTGOMERY, AL 36117-1594

| Other Payments Due on Same Date of Each Month | Final Payment Due Date | Amount of First Payment | Amount of Balloon Payment | Amount of Monthly Payment | Total Number of Payments | Term of Loan in Months |
|---|---|---|---|---|---|---|
| | 08/15/03 | $ 91.01 | $ NONE | $ 90.00 | 24 | 24 |

| RATE | FINANCE CHARGE The dollar amount the credit will cost you | AMOUNT FINANCED The amount of credit provided to you or on your behalf | TOTAL OF PAYMENTS The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| % | $ 495.19 | $ 1665.82 | $ 2161.01 |

...is more than 10 days late, you will pay 5% of the unpaid amount of the payment, but not less than $10.00

...early, you will not have to pay a penalty.
...ecurity interest in:
...eing purchased.    ☐ Motor Vehicle
...NY TV, 1 25" RCA TV, 1 SONY VCR.

**P A I D**
**BY RENEWAL**
NOV 2 3 2001
American General Finance
MONTGOMERY, AL

...interest in your Real Estate located at

...eed of Trust is being retained as security on your loan.

...g your house may not assume the remainder of the Mortgage on the original terms.

...credit disability insurance are not required to obtain a loan and will not be provided unless you sign and... You understand that we and/or our insurance affiliates anticipate a benefit and/or a profit from the sale of ...reto if you select such insurance. If a rescission period applies, there is no credit life insurance coverage ...eriod.

| | Premium | Signature(s) |
|---|---|---|
| ...dit Life ...ability | $ 126.85 | I want single decreasing credit life and single credit disability insurance. Signature(s): Joe Smith — First Named Borrower ___ Second Named Borrower |
| ...are employed at least 30 hours per week. | | Joe Smith — Insured-Single Disability |

...DIT LIFE AND/OR DISABILITY INSURANCE CANCELLATION OPTION
...TY CANCELLATION: If you desire to do so, you may, without penalty or obligation, within 30 days from the ...ncel the credit life and/or disability insurance coverage by returning the credit life and disability insurance ...with this loan to the office where the loan was made. Upon cancellation, a full rebate of the insurance ...will be made. You may also cancel such policy after 30 days, however, you will only be entitled to a refund

PERSONAL PROPERTY INSURANCE DISCLOSURE

...perty insurance on personal property securing this loan other than household goods. You may obtain such ... or provide it through an existing policy with loss payable to us.
...e property insurance on your household goods to secure this loan. If you choose to have such insurance, ...om anyone you want. You should consider any homeowner's or other insurance which you may already ...insurance with this loan. If you purchase property insurance through us which covers the collateral which ...motor vehicle, you will have 30 days from the date of purchase to cancel the insurance and receive a full ...of the premium will be retained by the insurer if cancellation occurs more than 30 days from the date of the ...our policy/certificate or make a written request to this office.
...rom or through us which covers the collateral which secures your loan other than a motor vehicle, it will be ...u will pay $NONE_____. You also understand that we and/or our insurance affiliates anticipate a benefit ...of insurance.

You want property insurance
_____ Signature
_____ Signature

...y additional information about non-payment, default, any required repayment in full before the scheduled
...d penalties if any.

You have received a copy of this Federal Disclosure Statement.

Joe Smith — First Named Borrower        8/4/01 Date

## NOTE AND SECURITY AGREEMENT

**AMERICAN GENERAL FINANCE**

| PE | DATE FINANCE CHARGE BEGINS TO ACCRUE IF DIFFERENT FROM DATE OF NOTE | PAYEE (LENDER) AMERICAN GENERAL FINANCE, INC. TWIN OAKS VILLAGE MONTGOMERY, AL 36117-1594 |
|---|---|---|

5089

| Other Payments Due on Same Date of Each Month. | Final Payment Due Date | Amount of First Payment | Amount of Balloon Payment | Amount of Monthly Payment | Total Number of Payments | Term of Loan in Months |
|---|---|---|---|---|---|---|
| | 01/05/03 | $ 80.06 | $ NONE | $ 75.00 | 18 | 18 |

### ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| rance Co. (Joint Coverage) | 7. Appraiser for Appraisal Fee $NONE | PAID TO _____ |
| rance Co. (Single Coverage) | 8. Title Exam Fee/Title Insurance $NONE | PAID TO _____ |
| y Insurance Co. | 9. Taxes Paid to Gov't. Agency $NONE | |
| Insurance Co. $NONE | 10. Abstract Fee $NONE | PAID TO _____ |
| s for Certificate of Title Fees (Amount of Coverage) | 11. Attorney Fee $NONE | PAID TO _____ |
| s for Recording | 12. Paid on Prior Account with Lender $NONE | |
| | 13. Amount Paid to you or on your behalf itemized below ➤ $ 987.20 | $ _____ TO _____ |

23.00% Agreed Rate of Charge

| | | |
|---|---|---|
| | A.$ 60.00 | Prepaid Finance Charge Interest Surcharge |
| um of lines 1 thru 13) | B.$ NONE | Prepaid Finance Charge (Points) |
| ARGE ➤ | C.$ NONE | Prepaid Finance Charge (Mortgage Recording Tax) |
| ERCENTAGE RATE | D.$ NONE | Prepaid FINANCE CHARGE Broker Fee |
| | (Paid to _____ ) | |
| | E.$ 222.37 Interest | |

18. $ 1132.69 Principal Amount of Loan (14 + 15A + 15B + 15C + 15D)    $987.20 YOU

ach and all of those who signed this Note and Security Agreement ("Agreement") as a Borrower. If there is Borrower, each is liable for the entire obligation ("joint and several liability"). The word "we", "us" and "our"

promise to pay the original Principal Amount of Loan (Amount Financed plus any Interest Surcharge, Prepaid s which includes Interest Surcharge, Points, Brokers Fee and Mortgage Recording Tax) together with interest alances at the Agreed Rate of Charge set forth. The total of the original Principal Amount of Loan and such est is to be repaid in monthly installments. The Finance Charge will be less if you make payments ahead of greater if you make payments later than scheduled. You may prepay this loan in full or in part at any time Partial prepayment will not defer or delay your obligation to pay remaining installments.

nt shall be due on the First Payment Due Date indicated and the following payments shall be due on the same ceeding month to and including the Final Payment Due Date.

narge of 6% of the first $2,000 of the Amount Financed may be charged to you by us. If your loan is prepaid in ns within 90 days of the date of your loan, you will receive a pro rata refund or credit of the interest surcharge ch event, we can retain an amount of no less than $25. After 90 days, the interest surcharge is fully earned by f the interest surcharge will be made except as stated in this provision.

s more than 10 days late, you will pay 5% of the unpaid amount of the payment, but not less than $10.00 and 100.00.

aintain insurance against all hazards and risks of physical damage on the collateral securing this loan (other goods) and name us as loss payee. You agree to maintain such insurance for the term of the loan. You may ed insurance from any agent or insurer of your choice, or you may use any existing policy you own. Unless with evidence of the required insurance coverage, we may purchase insurance at your expense to protect our collateral. This insurance may, but need not, protect your interests. The coverage that we purchase may not at you make or any claim that is made against you in connection with the collateral. You may later cancel any ased by us, but only after providing us with evidence that you have obtained insurance as required by our e purchase insurance for the collateral, you will be responsible for the costs of that insurance, including interest charges we may impose in connection with the placement of the insurance, until the effective date of the expiration of the insurance. The costs of the insurance may be added to your total outstanding balance or costs of the insurance may be more than the cost of insurance you may be able to obtain on your own.

y request credit life or disability insurance, you acknowledge disclosure of the cost of such insurance and nclude it in the balance payable under the note and security agreement.

that credit insurance is not required in connection with this loan and was not a factor in the approval of the dit, and that you may obtain such insurance, if you want it, from any person you choose. If you have chosen to urance through Lender, then (a) your choice to obtain such credit insurance through Lender is indicated on a d Federal Disclosure Statement, a copy of which has been given to you and (b) the cost of such credit uded within the Amount Financed and is shown on the Itemization of Amount Financed.

**s multiple pages that include important information about your loan.**

VE READ, UNDERSTAND AND AGREE TO THE TERMS AND CONDITIONS IN THIS DOCUMENT, INCLUDING THE IAT PROVIDE, AMONG OTHER THINGS, THAT EITHER YOU OR LENDER MAY REQUIRE THAT CERTAIN D LENDER BE SUBMITTED TO BINDING ARBITRATION. IF YOU OR LENDER ELECTS TO USE ARBITRATION, HAVE WAIVED YOUR AND LENDER'S RIGHT TO A TRIAL BY A JURY OR JUDGE. THE DISPUTE WILL BE AND THE DECISION OF THE ARBITRATOR WILL BE FINAL. ARBITRATION WILL BE CONDUCTED PURSUANT IAL ARBITRATION FORUM.

receipt of a completely filled in copy of this Agreement and the Federal Disclosure Statement on a separate

IAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

_____  *Joe T. Smith*
                        Signature of Principal Borrower

**AMERICAN GENERAL FINANCE, INC.** — FEDERAL DISCLOSURE STATEMENT

ACCOUNT NUMBER: 7511142

BORROWER(S) NAME AND ADDRESS:
JOE T SMITH
25350 HWY 80 EAST
UNION SPRINGS, AL 36089

LICENSED OFFICE: (LENDER)
AMERICAN GENERAL FINANCE, INC.
TWIN OAKS VILLAGE
MONTGOMERY, AL 36117-1594

| Date of Loan | First Payment Due Date | Other Payments Due on Same Date of Each Month | Final Payment Due Date | Amount of First Payment | Amount of Balloon Payment | Amount of Monthly Payment |
|---|---|---|---|---|---|---|
| 06/28/01 | 08/05/01 | | 01/05/03 | $80.06 | $NONE | $75.0(?) |

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | AMOUNT FINANCED The amount of credit provided to you or on your behalf | TOTAL OF The amount y have made a |
|---|---|---|---|
| 30.32 % | $ 282.37 | $ 1072.69 | $ 135 |

**LATE CHARGE:** If any payment is more than 10 days late, you will pay 5% of the unpaid amount of the payment and not more than $100.00.

**PREPAYMENT:** If you pay off early, you will not have to pay a penalty.

**SECURITY:** You are giving a security interest in:

☐ The goods or property being purchased.   ☐ Motor Vehicle

☒ Other    1 38" SONY TV, 1 25" RCA TV, 1 SONY VCR

☐ You are giving a security interest in your Real Estate located at

☐ The previous Mortgage/Deed of Trust is being retained as security on your loan.

**ASSUMPTION:** Someone buying your house may not assume the remainder of the Mortgage on the original terms.

**INSURANCE:** Credit life and/or credit disability insurance are not required to obtain a loan and will not be provi(ded) agree to pay the additional cost. You understand that we and/or our insurance affiliates anticipate a benefit and/o(r) insurance, and you consent thereto if you select such insurance. If a rescission period applies, there is no credi(t) during the three day rescission period.

| Type | Premium | Signature(s) |
|---|---|---|
| Single Decreasing Credit Life and Single Credit Disability | $ 68.69 | I want single decreasing credit credit disability insurance. Signature(s): Joe T. Smith |

You hereby certify that you are employed at least 30 hours per week.  Joe T. Smith

**CREDIT LIFE AND/OR DISABILITY INSURANCE CANCELLATION OPTION**

CREDIT LIFE AND/OR DISABILITY CANCELLATION: If you desire to do so, you may, without penalty or obligation Date of Loan set forth above, cancel the credit life and/or disability insurance coverage by returning the credit life certificate received in connection with this loan to the office where the loan was made. Upon cancellation, a full premiums paid for this coverage will be made. You may also cancel such policy after 30 days, however, you will on(ly) of the unearned premium.

**PERSONAL PROPERTY INSURANCE DISCLOSURE**

You are required to maintain property insurance on personal property securing this loan other than household good(s) insurance from anyone you want, or provide it through an existing policy with loss payable to us.

You are not required to purchase property insurance on your household goods to secure this loan. If you choose you may obtain the insurance from anyone you want. You should consider any homeowner's or other insurance have when deciding to purchase insurance with this loan. If you purchase property insurance through us which co(vers) secures your loan other than a motor vehicle, you will have 30 days from the date of purchase to cancel the insu(rance) refund of the premium. A portion of the premium will be retained by the insurer if cancellation occurs more than 30 d(ays) loan. To cancel you must return your policy/certificate or make a written request to this office.

If you obtain property insurance from or through us which covers the collateral which secures your loan other than for a term of 0 months and you will pay $NONE. You also understand that we and/or our insurance affil(iates) and/or a profit from your purchase of insurance.

You want property insurance

See the contract documents for any additional information about non-payment, default, any required repayment in f(ull) date, and prepayment refunds and penalties if any.

You have received a copy of this Federal Disclosure Stat(ement)

Joe T. Smith
First Named Borrower

Second Named Borrower (If Applicable)

001-00002 (9-4-00) ALB171 ALABAMA INTEREST BEARING MINI-CODE AND USURY