**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

RECEIVED

2005 NOV -3  P 1: 44

|  |  |  |
|---|---|---|
| **JOE T. SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** 2:05cv1065-N |
| | ) | |
| **AMERICAN INTERNATIONAL GROUP,** | ) | |
| **INC.; AMERICAN GENERAL** | ) | |
| **CORPORATION; AMERICAN GENERAL** | ) | |
| **FINANCE, INC.; AMERICAN GENERAL** | ) | |
| **FINANCE CORPORATION; MERIT LIFE** | ) | |
| **INSURANCE COMPANY; KIMBERLY** | ) | |
| **SINGLETON; PAT PORTER; ROY T.** | ) | |
| **EVANS; and Fictitious Defendants "A", "B",** | ) | |
| **and "C", whether singular or plural, those** | ) | |
| **other persons, corporations, firms, or other** | ) | |
| **entities whose wrongful conduct caused the** | ) | |
| **injuries and damages to the Plaintiff, all of** | ) | |
| **whose true and correct names are unknown** | ) | |
| **to Plaintiff at this time, but will be substituted** | ) | |
| **by amendment when ascertained,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## DEFENDANT AMERICAN GENERAL CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant American General Corporation ("AGC"), by and through its undersigned counsel, makes the following Corporate Disclosure Statement.

AGC is a wholly-owned subsidiary of American International Group, Inc. AGC is not the parent company of any publicly owned companies.

Respectfully submitted this 3ᴿᴰ day of November, 2005.

Jeffrey M. Grantham (ASB-4866-M66J)
Thomas J. Butler (ASB-7790-T75T)
John Thomas A. Malatesta, III (ASB-4646-O70M)
Attorneys for Defendant American General
Corporation

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
Phone: (205) 254-1000

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify  I have served a copy of the foregoing upon all counsel of record, by placing same in the United States Mail, properly addressed and first class postage pre-paid on this the 3d  day of November, 2005.

C. Lance Gould, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, AL 36103

David Alan Elliott, Esq.
BURR & FORMAN LLP
SouthTrust Tower, Suite 3100
420 20th Street, North
Birmingham, AL  35203

OF COUNSEL