RECEIVED
2005 NOV -3 P 1:43

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOE T. SMITH, )
)
Plaintiff, )
)
v. )
)
AMERICAN INTERNATIONAL GROUP, INC.; )
AMERICAN GENERAL CORPORATION; )
AMERICAN GENERAL FINANCE, INC.; )
AMERICAN GENERAL FINANCE )
CORPORATION; MERIT LIFE INSURANCE )
COMPANY; KIMBERLY SINGLETON; PAT ) CIVIL ACTION NO. 2:05cv1065-M
PORTER; ROY T. EVANS; and Fictitious )
Defendants "A", "B", and "C", whether singular )
or plural, those other persons, corporations, )
firms, or other entities whose wrongful conduct )
caused the injuries and damages to the Plaintiff, )
all of whose true and correct names are unknown )
to Plaintiffs at this time, but will be substituted )
by amendment when ascertained, )
)
Defendants. )
)

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

COME NOW defendants American General Financial Services of Alabama, Inc. ("AGFSI") (improperly designated as American General Finance Inc. in the complaint), as successor to American General Finance, Inc., American General Finance Corporation, Merit Life Insurance Company, Kimberly Singleton, Pat Porter, and Roy T. Evans (collectively referred to as "Defendants"), and hereby submit this statement in compliance with Federal Rules of Civil Procedure Rule 7.1. In support thereof, Defendants state as follows:

Defendants American General Financial Services of Alabama, Inc., a Delaware corporation, and Merit Life Insurance Co., an Indiana corporation, are not publicly traded, and

1408479

each is wholly-owned by Defendant American General Finance Corporation, an Indiana corporation. American General Finance Corporation is not publicly traded and is wholly-owned by American General Finance, Inc., an Indiana corporation. American General Finance, Inc. is also not publicly traded, and is a wholly-owned subsidiary of American General Corporation, a Texas corporation. American General Corporation is not publicly traded, and is a wholly-owned subsidiary of American International Group, Inc., a Delaware corporation. American International Group, Inc. is a publicly traded corporation.

                                              Respectfully submitted,

                                              _/s/ Matthew T. Mitchell_
                                              Robert H. Rutherford (RUT002)
                                              David A. Elliott (ELL027)
                                              Matthew T. Mitchell (MIT050)

                                              Attorneys for Defendants

**OF COUNSEL:**

**BURR & FORMAN LLP**
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Corporate Disclosure Statement was served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the 3rd day of November, 2005.

C. Lance Gould
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
272 Commerce Street
Montgomery, AL 36104
Telephone: (334) 269-2343
Fax: (334) 954-7555

_____
OF COUNSEL

1408479                                3