IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE T. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05CV1065-M |
| ) | |
| AMERICAN INTERNATIONAL GROUP, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER ON MOTION

Upon consideration of the Special Appearance - Motion to Dismiss by Defendants American International Group, Inc. and American General Corporation, filed on 9 November 2005, it is

ORDERED that on or before 2 December 2005, the defendants shall file their briefs. The plaintiff shall file a response to the defendant's motion on or before 23 December 2005.

DONE this 21st day of November, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE