**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 22, 2005

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Joe T. Smith    vs.  American International Group, Inc.,  et al
Civil Action No.  2:05-cv-1065(M)

The above-styled case has been  reassigned to  Judge Mark E. Fuller.

Please note that the case number is now 2:05-cv-1065(F).   This new case number should be used on all future correspondence and pleadings in this action.