UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE T. SMITH, | ) |
|         Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO.: CV-05-1065 |
| AMERICAN INTERNATIONAL GROUP, INC.; AMERICAN GENERAL CORPORATION; AMERICAN GENERAL FINANCE, INC.; AMERICAN GENERAL FINANCE CORPORATION; MERIT LIFE INSURANCE COMPANY; KIMBERLY SINGLETON; PAT PORTER; ROY T. EVANS; and Fictitious Defendants "A", "B", and "C", whether singular or plural, those other persons, corporations, firms, or other entities whose wrongful conduct caused the injuries and damages to the Plaintiff, all of whose true and correct names are unknown to Plaintiff at this time, but will be substituted by amendment when ascertained, | ) |
|         Defendants. | ) |

## NOTICE OF FILING AFFIDAVIT IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

COMES NOW Defendant American General Corporation, and appearing specially to contest personal jurisdiction, hereby submits the Affidavit of Linda Sanchez in further support of its Motion to Dismiss due to this Court's lack of personal jurisdiction over Defendant American General Corporation.[1]

---

[1] In filing this notice, American General Corporation does not waive and specifically preserves its defense of failure to state a claim upon which relief can be granted as well as other defenses pursuant to Rule 12 of the Federal Rules of Civil Procedure.

01215359.1

        Respectfully submitted,

        s/ John Thomas A. Malatesta
        Jeffrey M. Grantham (ASB-4866-M66J)
        Thomas J. Butler (ASB-7790-T75T)
        John Thomas A. Malatesta, III (ASB-4646-O70M)
        Attorneys for Defendant American General
        Corporation

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
205-254-1000
205-254-1999 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon the following listed person by U. S. Mail, postage prepaid, on this the 28th day of November, 2005:

C. Lance Gould, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, AL 36104

David Alan Elliott, Esq.
BURR & FORMAN LLP
SouthTrust Tower, Suite 3100
420 – 20th Street, North
Birmingham, AL  35203

        s/ John Thomas A. Malatesta
        OF COUNSEL

01215359.1