**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 19, 2005

## NOTICE OF DEFICIENCY

To:   Charles Lance Gould
From:   Clerk's Office

Case Style: Joe T. Smith  vs.  American International Group, Inc., et al

Case Number: 2:05cv1065-F

Referenced Pleadings:  Motion Remand - Doc. No. 11

The above referenced pleading was filed on today in accordance with amended Federal Rules of Civil Procedure 5(a).

The certificate of service on the referenced pleadings did not contain the date with the signature.  Please send corrected PDF showing corrected dates and original signature on pleadings and certificate of service pages.

The deficiency must be corrected within 10 days from the date of this notice.

Please submit to the Clerk's office by conventional means the original certificate of service page with your original signature with date included in certificate of service.

**PLEASE DO NOT E-FILE THESE DOCUMENTS.**