# NOTE AND SECURITY AGREEMENT

**AMERICAN GENERAL FINANCE**

| ACCOUNT NUMBER | TYPE | DATE FINANCE CHARGE BEGINS TO ACCRUE |
|---|---|---|
| 7511142 | E | IF DIFFERENT FROM DATE OF NOTE |

| BORROWER(S) NAME AND ADDRESS | PAYEE (LENDER) |
|---|---|
| JOE T SMITH<br>25350 HWY 80 EAST<br>UNION SPRINGS, AL 36089 | AMERICAN GENERAL FINANCE, INC.<br>2723 EASTERN BYP<br>MONTGOMERY, AL 36117-1594 |

| Date of Note | First Payment Due Date | Other Payments Due on Same Date of Each Month | Final Payment Due Date | Amount of First Payment | Amount of Balloon Payment | Amount of Monthly Payment | Total Number of Payments | Term of Loan in Months |
|---|---|---|---|---|---|---|---|---|
| 08/14/01 | 09/15/01 | | 08/15/03 | $ 91.01 | $ NONE | $ 90.00 | 24 | 24 |

## ITEMIZATION OF AMOUNT FINANCED

1. $ NONE    Premium to Life Insurance Co. (Joint Coverage)
2. $ 29.65   Premium to Life Insurance Co. (Single Coverage)
3. $ 97.20   Premium to Disability Insurance Co.
4. $ NONE    Premium to Property Insurance Co. $ NONE   Amount of Coverage
5. $ NONE    Paid to Public Officials for Certificate of Title Fees
6. $ NONE    Paid to Public Officials for Recording and Releasing Fees
7. Appraiser for Appraisal Fee ___ $ NONE   PAID TO ___
8. Title Exam Fee/Title Insurance ___ $ NONE   PAID TO ___
9. Taxes Paid to Gov't. Agency ___ $ NONE
10. Abstract Fee ___ $ NONE   PAID TO ___
11. Attorney Fee ___ $ NONE   PAID TO ___
12. Paid on Prior Account with Lender $ 995.39
13. Amount Paid to you or on your behalf itemized below → $ 543.58   $ ___ TO ___

20.74 % Agreed Rate of Charge

A. $ 90.00   Prepaid Finance Charge Interest Surcharge
B. $ NONE    Prepaid Finance Charge (Points)
C. $ NONE    Prepaid Finance Charge (Mortgage Recording Tax)
D. $ NONE    Prepaid FINANCE CHARGE Broker Fee (Paid to ___)
E. $ 405.19  Interest

14. $ 1665.82  Amount Financed (Sum of lines 1 thru 13)
15. $ 495.19   FINANCE CHARGE →
16. 26.29 %   ANNUAL PERCENTAGE RATE
17. $ 2161.01  Total of Payments
18. $ 1755.82  Principal Amount of Loan (14 + 15A + 15B + 15C + 15D)   $ 543.58   YOU

**PAID BY RENEWAL NOV 23 2001 American General Finance MONTGOMERY, AL**

**PARTIES:** "You" means each and all of those who signed this Note and Security Agreement ("Agreement") as a Borrower. If there is more than one Borrower, each is liable for the entire obligation ("joint and several liability"). The word "we", "us" and "our" mean Lender.

**PROMISE TO PAY:** You agree and promise to pay the original Principal Amount of Loan (Amount Financed plus any Interest Surcharge, Prepaid Finance Charges which includes Interest Surcharge, Points, Brokers Fee and Mortgage Recording Tax) together with interest on the unpaid balances at the Agreed Rate of Charge set forth. The total of the original Principal Amount of Loan and such scheduled interest is to be repaid in monthly installments. The Finance Charge will be less if you make payments ahead of schedule, and greater if you make payments later than scheduled. You may prepay this loan in full or in part at any time without penalty. Partial prepayment will not defer or delay your obligation to pay remaining installments.

**TIME OF REPAYMENT:** The first payment shall be due on the First Payment Due Date indicated and the following payments shall be due on the same day of each succeeding month to and including the Final Payment Due Date.

**INTEREST SURCHARGE:** An interest surcharge of 6% of the first $2,000 of the Amount Financed may be charged to you by us. If your loan is prepaid in full by any means within 90 days of the date of your loan, you will receive a pro rata refund or credit of the interest surcharge except that in such event, we can retain an amount of no less than $25. After 90 days, the interest surcharge is fully earned by us. No refund of the interest surcharge will be made except as stated in this provision.

**LATE CHARGE:** If any payment is more than 10 days late, you will pay 5% of the unpaid amount of the payment, but not less than $10.00 and not more than $100.00.

**REQUIRED INSURANCE:** You agree to maintain insurance against all hazards and risks of physical damage on the collateral securing this loan (other than household goods) and name us as loss payee. You agree to maintain such insurance for the term of the loan. You may obtain the required insurance from any agent or insurer of your choice, or you may use any existing policy you own. Unless you provide us with evidence of the required insurance coverage, we may purchase insurance at your expense to protect our interests in your collateral. This insurance may, but need not, protect your interests. The coverage that we purchase may not pay any claim that you make or any claim that is made against you in connection with the collateral. You may later cancel any insurance purchased by us, but only after providing us with evidence that you have obtained insurance as required by our agreement. If we purchase insurance for the collateral, you will be responsible for the costs of that insurance, including interest and any other charges we may impose in connection with the placement of the insurance, until the effective date of the cancellation or expiration of the insurance. The costs of the insurance may be added to your total outstanding balance or obligation. The costs of the insurance may be more than the cost of insurance you may be able to obtain on your own.

**CREDIT INSURANCE:** If you voluntarily request credit life or disability insurance, you acknowledge disclosure of the cost of such insurance and authorize us to include it in the balance payable under the note and security agreement.
You understand that credit insurance is not required in connection with this loan and was not a factor in the approval of the extension of credit, and that you may obtain such insurance, if you want it, from any person you choose. If you have chosen to obtain credit insurance through Lender, then (a) your choice to obtain such credit insurance through Lender is indicated on a separately signed Federal Disclosure Statement, a copy of which has been given to you and (b) the cost of such credit insurance is included within the Amount Financed and is shown on the Itemization of Amount Financed.

**NOTE: This Agreement contains multiple pages that include important information about your loan.**

BY SIGNING BELOW, YOU HAVE READ, UNDERSTAND AND AGREE TO THE TERMS AND CONDITIONS IN THIS DOCUMENT, INCLUDING THE ARBITRATION PROVISIONS THAT PROVIDE, AMONG OTHER THINGS, THAT EITHER YOU OR LENDER MAY REQUIRE THAT CERTAIN DISPUTES BETWEEN YOU AND LENDER BE SUBMITTED TO BINDING ARBITRATION. IF YOU OR LENDER ELECTS TO USE ARBITRATION, BOTH YOU AND LENDER WILL HAVE WAIVED YOUR AND LENDER'S RIGHT TO A TRIAL BY A JURY OR JUDGE, THE DISPUTE WILL BE DECIDED BY AN ARBITRATOR AND THE DECISION OF THE ARBITRATOR WILL BE FINAL. ARBITRATION WILL BE CONDUCTED PURSUANT TO THE RULES OF THE NATIONAL ARBITRATION FORUM.

**COPY RECEIVED:** You acknowledge receipt of a completely filled in copy of this Agreement and the Federal Disclosure Statement on a separate sheet.

**CAUTION:** IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

Witness _____    _____ Signature of Principal Borrower

Witness _____    _____ Signature of Other Borrower

EXHIBIT C(1)

Page 1 of 3

MGBY.4976.0061

001-00002 AL B281 (9-4-00) LB MINI-CODE AND INTEREST AND USURY

# AMERICAN GENERAL FINANCE

## FEDERAL DISCLOSURE STATEMENT

**ACCOUNT NUMBER:** 7511142

**BORROWER(S) NAME AND ADDRESS**
JOE T SMITH
25350 HWY 80 EAST
UNION SPRINGS, AL 36089

**LICENSED OFFICE: (LENDER)**
AMERICAN GENERAL FINANCE, INC.
2723 EASTERN BYP
MONTGOMERY, AL 36117-1594

| Date of Loan | First Payment Due Date | Other Payments Due on Same Date of Each Month | Final Payment Due Date | Amount of First Payment | Amount of Balloon Payment | Amount of Monthly Payment | Total Number of Payments | Term of Loan in Months |
|---|---|---|---|---|---|---|---|---|
| 08/14/01 | 09/15/01 | | 08/15/03 | $ 91.01 | $ NONE | $ 90.00 | 24 | 24 |

| ANNUAL PERCENTAGE RATE  The cost of your credit as a yearly rate | FINANCE CHARGE  The dollar amount the credit will cost you | AMOUNT FINANCED  The amount of credit provided to you or on your behalf | TOTAL OF PAYMENTS  The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 26.29 % | $ 495.19 | $ 1665.82 | $ 2161.01 |

**LATE CHARGE:** If any payment is more than 10 days late, you will pay 5% of the unpaid amount of the payment, but not less than $10.00 and not more than $100.00.

**PREPAYMENT:** If you pay off early, you will not have to pay a penalty.

**SECURITY:** You are giving a security interest in:

☐ The goods or property being purchased.    ☐ Motor Vehicle

☒ Other    1 38" SONY TV, 1 25" RCA TV, 1 SONY VCR.

**PAID BY RENEWAL**
NOV 2 3 2001
American General Finance
MONTGOMERY, AL

☐ You are giving a security interest in your Real Estate located at

☐ The previous Mortgage/Deed of Trust is being retained as security on your loan.

**ASSUMPTION:** Someone buying your house may not assume the remainder of the Mortgage on the original terms.

**INSURANCE:** Credit life and/or credit disability insurance are not required to obtain a loan and will not be provided unless you sign and agree to pay the additional cost. You understand that we and/or our insurance affiliates anticipate a benefit and/or a profit from the sale of insurance, and you consent thereto if you select such insurance. If a rescission period applies, there is no credit life insurance coverage during the three day rescission period.

| Type | Premium | Signature(s) |
|---|---|---|
| Single Decreasing Credit Life and Single Credit Disability | $ 126.85 | I want single decreasing credit life and single credit disability insurance.  Signature(s): Joe Smith — First Named Borrower  _____ Second Named Borrower |
| You hereby certify that you are employed at least 30 hours per week. | | Joe Smith — Insured-Single Disability |

**CREDIT LIFE AND/OR DISABILITY INSURANCE CANCELLATION OPTION**

CREDIT LIFE AND/OR DISABILITY CANCELLATION: If you desire to do so, you may, without penalty or obligation, within 30 days from the Date of Loan set forth above, cancel the credit life and/or disability insurance coverage by returning the credit life and disability insurance certificate received in connection with this loan to the office where the loan was made. Upon cancellation, a full rebate of the insurance premiums paid for this coverage will be made. You may also cancel such policy after 30 days, however, you will only be entitled to a refund of the unearned premium.

**PERSONAL PROPERTY INSURANCE DISCLOSURE**

You are required to maintain property insurance on personal property securing this loan other than household goods. You may obtain such insurance from anyone you want, or provide it through an existing policy with loss payable to us.

You are not required to purchase property insurance on your household goods to secure this loan. If you choose to have such insurance, you may obtain the insurance from anyone you want. You should consider any homeowner's or other insurance which you may already have when deciding to purchase insurance with this loan. If you purchase property insurance through us which covers the collateral which secures your loan other than a motor vehicle, you will have 30 days from the date of purchase to cancel the insurance and receive a full refund of the premium. A portion of the premium will be retained by the insurer if cancellation occurs more than 30 days from the date of the loan. To cancel you must return your policy/certificate or make a written request to this office.

If you obtain property insurance from or through us which covers the collateral which secures your loan other than a motor vehicle, it will be for a term of 0 months and you will pay $ NONE. You also understand that we and/or our insurance affiliates anticipate a benefit and/or a profit from your purchase of insurance.

You want property insurance

_____ Signature
_____ Signature

See the contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties if any.

You have received a copy of this Federal Disclosure Statement.

Joe Smith — First Named Borrower    8/14/01  Date

_____ Second Named Borrower (if Applicable)    Date

MGBY.4976.0063

001-00002 (9-4-00) ALB171 ALABAMA INTEREST BEARING MINI-CODE AND USURY

INSURANCE DISCLOSURE SUMMARY              **AMERICAN GENERAL FINANCE**

| Borrower Name: JOE T SMITH | | |
|---|---|---|
| Borrower Address (Street, City, State, Zip): 25350 HWY 80 EAST UNION SPRINGS, AL 36089 | | |
| Branch Number: 1715 | Loan Number: 7511142 | Date: 08/14/01 |

**I WANT TO PURCHASE THE INSURANCE NOTED BELOW AND HAVE THE INSURANCE PREMIUM FINANCED AS PART OF MY LOAN. I FULLY UNDERSTAND THAT I DO NOT HAVE TO PURCHASE ANY OF THE FOLLOWING INSURANCE TO GET MY LOAN.**

| INSURANCE PRODUCT | INSURED(S) | PREMIUM |
|---|---|---|
| Credit Life | JOE T SMITH | $ 29.65 |
| Credit Disability | JOE T SMITH | $ 97.20 |
| Credit Personal Property | | $ NONE |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

I understand that if I later decide that I do not want any or all of the insurance, I can cancel coverage by returning the certificate/policy to the office where the loan was made and request a refund of any unearned premium.

Please read your policy/certificate for applicable benefits, restrictions and limitations.

INSURANCE SALESPERSON:
_____
(Signature)
_____
(License Number)

BORROWER: _____ (Signature)

CO-BORROWER: _____ (Signature)

Insurance Salesperson must sign in the presence of the Borrower and must personally explain the insurance coverage to the Borrower.

Policy Services - Insurance Operations
American General Finance, Inc.
601 NW 2nd Street, P.O. Box 159
Evansville, IN 47701-0159
Telephone: 1-800-325-2147    Telefax: (800) 350-9306         MGBY.4976.0072

ALDISC (Rev. 4-96)
(10-27-97) ALQ121

## NOTE AND SECURITY AGREEMENT

**AMERICAN GENERAL FINANCE**
American General Finance, Inc.
Twin Oaks Village
2723 Eastern Bypass
Montgomery, AL 36117-1594
(Phone: 334-270-0011)
(Fax: 334-244-2957)

| ACCOUNT NUMBER | TYPE | DATE FINANCE CHARGE BEGINS TO ACCRUE IF DIFFERENT FROM DATE OF NOTE |
|---|---|---|
| 7511142 | E | |

**BORROWER(S) NAME AND ADDRESS**
JOE T SMITH
PO BOX 402
UNION SPRINGS, AL 36089

**PAYEE (LENDER)**
AMERICAN GENERAL FINANCE, INC.
2723 EASTERN BYP
MONTGOMERY, AL 36117-1594

| Date of Note | First Payment Due Date | Other Payments Due on Same Date of Each Month. | Final Payment Due Date | Amount of First Payment | Amount of Balloon Payment | Amount of Monthly Payment | Total Number of Payments | Term of Loan in Months |
|---|---|---|---|---|---|---|---|---|
| 11/23/01 | 01/05/02 | | 12/05/03 | $ 102.13 | $ NONE | $ 90.00 | 24 | 24 |

### ITEMIZATION OF AMOUNT FINANCED

1. $ NONE       Premium to Life Insurance Co. (Joint Coverage)
2. $ 29.65      Premium to Life Insurance Co. (Single Coverage)
3. $ 97.20      Premium to Disability Insurance Co.
4. $ NONE       Premium to Property Insurance Co. $ NONE     Amount of Coverage
5. $ NONE       Paid to Public Officials for Certificate of Title Fees
6. $ NONE       Paid to Public Officials for Recording and Releasing Fees
7.              Appraiser for Appraisal Fee       $ NONE      PAID TO _____
8.              Title Exam Fee/Title Insurance    $ NONE      PAID TO _____
9.              Taxes Paid to Gov't. Agency       $ NONE
10.             Abstract Fee                      $ NONE      PAID TO _____
11.             Attorney Fee                      $ NONE      PAID TO _____
12.             Paid on Prior Account with Lender $ 1483.13
13.             Amount Paid to you or on your behalf itemized below ➔ $ 55.84   $ _____ TO _____

20.74 % Agreed Rate of Charge

A. $ 90.00    Prepaid Finance Charge Interest Surcharge
B. $ NONE     Prepaid Finance Charge (Points)
C. $ NONE     Prepaid Finance Charge (Mortgage Recording Tax)
D. $ NONE     Prepaid FINANCE CHARGE Broker Fee (Paid to _____)
E. $ 416.31   Interest

14. $ 1665.82   Amount Financed (Sum of lines 1 thru 13)
15. $ 506.31    FINANCE CHARGE
16.   26.14 %   ANNUAL PERCENTAGE RATE
17. $ 2172.13   Total of Payments
18. $ 1755.82   Principal Amount of Loan (14 + 15A + 15B + 15C + 15D)    $ 55.84   YOU

**PARTIES:** "You" means each and all of those who signed this Note and Security Agreement ("Agreement") as a Borrower. If there is more than one Borrower, each is liable for the entire obligation ("joint and several liability"). The word "we", "us" and "our" mean Lender.

**PROMISE TO PAY:** You agree and promise to pay the original Principal Amount of Loan (Amount Financed plus any Interest Surcharge, Prepaid Finance Charges which includes Interest Surcharge, Points, Brokers Fee and Mortgage Recording Tax) together with interest on the unpaid balances at the Agreed Rate of Charge set forth. The total of the original Principal Amount of Loan and such scheduled interest is to be repaid in monthly installments. The Finance Charge will be less if you make payments ahead of schedule, and greater if you make payments later than scheduled. You may prepay this loan in full or in part at any time without penalty. Partial prepayment will not defer or delay your obligation to pay remaining installments.

**TIME OF REPAYMENT:** The first payment shall be due on the First Payment Due Date indicated and the following payments shall be due on the same day of each succeeding month to and including the Final Payment Due Date.

**INTEREST SURCHARGE:** An interest surcharge of 6% of the first $2,000 of the Amount Financed may be charged to you by us. If your loan is prepaid in full by any means within 90 days of the date of your loan, you will receive a pro rata refund or credit of the interest surcharge except that in such event, we can retain an amount of no less than $25. After 90 days, the interest surcharge is fully earned by us. No refund of the interest surcharge will be made except as stated in this provision.

**LATE CHARGE:** If any payment is more than 10 days late, you will pay 5% of the unpaid amount of the payment, but not less than $10.00 and not more than $100.00.

**REQUIRED INSURANCE:** You agree to maintain insurance against all hazards and risks of physical damage on the collateral securing this loan (other than household goods) and name us as loss payee. You agree to maintain such insurance for the term of the loan. You may obtain the required insurance from any agent or insurer of your choice, or you may use any existing policy you own. Unless you provide us with evidence of the required insurance coverage, we may purchase insurance at your expense to protect our interests in your collateral. This insurance may, but need not, protect your interests. The coverage that we purchase may not pay any claim that you make or any claim that is made against you in connection with the collateral. You may later cancel any insurance purchased by us, but only after providing us with evidence that you have obtained insurance as required by our agreement. If we purchase insurance for the collateral, you will be responsible for the costs of that insurance, including interest and any other charges we may impose in connection with the placement of the insurance, until the effective date of the cancellation or expiration of the insurance. The costs of the insurance may be added to your total outstanding balance or obligation. The costs of the insurance may be more than the cost of insurance you may be able to obtain on your own.

**CREDIT INSURANCE:** If you voluntarily request credit life or disability insurance, you acknowledge disclosure of the cost of such insurance and authorize us to include it in the balance payable under the note and security agreement.

You understand that credit insurance is not required in connection with this loan and was not a factor in the approval of the extension of credit, and that you may obtain such insurance, if you want it, from any person you choose. If you have chosen to obtain credit insurance through Lender, then (a) your choice to obtain such credit insurance through Lender is indicated on a separately signed Federal Disclosure Statement, a copy of which has been given to you and (b) the cost of such credit insurance is included within the Amount Financed and is shown on the Itemization of Amount Financed.

**NOTE: This Agreement contains multiple pages that include important information about your loan.**

BY SIGNING BELOW, YOU HAVE READ, UNDERSTAND AND AGREE TO THE TERMS AND CONDITIONS IN THIS DOCUMENT, INCLUDING THE ARBITRATION PROVISIONS THAT PROVIDE, AMONG OTHER THINGS, THAT EITHER YOU OR LENDER MAY REQUIRE THAT CERTAIN DISPUTES BETWEEN YOU AND LENDER BE SUBMITTED TO BINDING ARBITRATION. IF YOU OR LENDER ELECTS TO USE ARBITRATION, BOTH YOU AND LENDER WILL HAVE WAIVED YOUR AND LENDER'S RIGHT TO A TRIAL BY A JURY OR JUDGE, THE DISPUTE WILL BE DECIDED BY AN ARBITRATOR AND THE DECISION OF THE ARBITRATOR WILL BE FINAL. ARBITRATION WILL BE CONDUCTED PURSUANT TO THE RULES OF THE NATIONAL ARBITRATION FORUM.

**COPY RECEIVED:** You acknowledge receipt of a completely filled in copy of this Agreement and the Federal Disclosure Statement on a separate sheet.

**CAUTION:** IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

Witness _____     _____ Signature of Principal Borrower

Witness _____     _____ Signature of Other Borrower

Page 1 of 3

MGBY.4976.0019

| ACCOUNT NUMBER | FEDERAL DISCLOSURE STATEMENT | AMERICAN GENERAL FINANCE |
|---|---|---|
| 7511142 | | |

| BORROWER(S) NAME AND ADDRESS | LICENSED OFFICE: (LENDER) | American General Finance, Inc. Twin Oaks Village 2723 Eastern Bypass Montgomery, AL 36117-1594 (Phone: 334-279-9011) (Fax: 334-244-2937) |
|---|---|---|
| JOE T SMITH<br>PO BOX 402<br>UNION SPRINGS, AL 36089 | AMERICAN GENERAL FINANCE, INC.<br>2723 EASTERN BYP<br>MONTGOMERY, AL 36117-1594 | |

| Date of Loan | First Payment Due Date | Other Payments Due on Same Date of Each Month | Final Payment Due Date | Amount of First Payment | Amount of Balloon Payment | Amount of Monthly Payment | Total Number of Payments | Term of Loan in Months |
|---|---|---|---|---|---|---|---|---|
| 11/23/01 | 01/05/02 | | 12/05/03 | $ 102.13 | $ NONE | $ 90.00 | 24 | 24 |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | AMOUNT FINANCED<br>The amount of credit provided to you or on your behalf | TOTAL OF PAYMENTS<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 26.14 % | $ 506.31 | $ 1665.82 | $ 2172.13 |

LATE CHARGE: If any payment is more than 10 days late, you will pay 5% of the unpaid amount of the payment, but not less than $10.00 and not more than $100.00.
PREPAYMENT: If you pay off early, you will not have to pay a penalty.
SECURITY: You are giving a security interest in:

☐ The goods or property being purchased.   ☐ Motor Vehicle

☒ Other   1 37" SONY TV, 1 25" RCA TV, 1 SONY VCR

☐ You are giving a security interest in your Real Estate located at

☐ The previous Mortgage/Deed of Trust is being retained as security on your loan.

ASSUMPTION: Someone buying your house may not assume the remainder of the Mortgage on the original terms.
INSURANCE: Credit life and/or credit disability insurance are not required to obtain a loan and will not be provided unless you sign and agree to pay the additional cost. You understand that we and/or our insurance affiliates anticipate a benefit and/or a profit from the sale of insurance, and you consent thereto if you select such insurance. If a rescission period applies, there is no credit life insurance coverage during the three day rescission period.

| Type | Premium | Signature(s) |
|---|---|---|
| Single Decreasing Credit Life and Single Credit Disability | $ 126.85 | I want single decreasing credit life and single credit disability insurance.<br>Signature(s): _Joe T. Smith_  First Named Borrower<br>_____ Second Named Borrower |
| You hereby certify that you are employed at least 30 hours per week. | | _Joe T. Smith_  Insured-Single Disability |

CREDIT LIFE AND/OR DISABILITY INSURANCE CANCELLATION OPTION
CREDIT LIFE AND/OR DISABILITY CANCELLATION: If you desire to do so, you may, without penalty or obligation, within 30 days from the Date of Loan set forth above, cancel the credit life or disability insurance coverage by returning the credit life and disability insurance certificate received in connection with this loan to the office where the loan was made. Upon cancellation, a full rebate of the insurance premiums paid for this coverage will be made. You may also cancel such policy after 30 days, however, you will only be entitled to a refund of the unearned premium.

PERSONAL PROPERTY INSURANCE DISCLOSURE
You are required to maintain property insurance on personal property securing this loan other than household goods. You may obtain such insurance from anyone you want, or provide it through an existing policy with loss payable to us.

You are not required to purchase property insurance on your household goods to secure this loan. If you choose to have such insurance, you may obtain the insurance from anyone you want. You should consider any homeowner's or other insurance which you may already have when deciding to purchase insurance with this loan. If you purchase property insurance through us which covers the collateral which secures your loan other than a motor vehicle, you will have 30 days from the date of purchase to cancel the insurance and receive a full refund of the premium. A portion of the premium will be retained by the insurer if cancellation occurs more than 30 days from the date of the loan. To cancel you must return your policy/certificate or make a written request to this office.

If you obtain property insurance from or through us which covers the collateral which secures your loan other than a motor vehicle, it will be for a term of __0__ months and you will pay $__NONE__. You also understand that we and/or our insurance affiliates anticipate a benefit and/or a profit from your purchase of insurance.

You want property insurance

_OK_

_____ Signature
_____ Signature

See the contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties if any.

You have received a copy of this Federal Disclosure Statement.

_Joe T. Smith_    11/23/001
First Named Borrower    Date

_____    _____
Second Named Borrower (if Applicable)    Date

MGBY.4976.0023

001-00002 (9-4-00) ALB171 ALABAMA INTEREST BEARING MINI-CODE AND USURY

INSURANCE DISCLOSURE SUMMARY             **AMERICAN GENERAL** FINANCE

| Borrower Name: JOE T SMITH | | |
|---|---|---|
| Borrower Address (Street, City, State, Zip): PO BOX 402 UNION SPRINGS, AL 36089 | | |
| Branch Number: 1715 | Loan Number: 7511142 | Date: 11/23/01 |

I WANT TO PURCHASE THE INSURANCE NOTED BELOW AND HAVE THE INSURANCE PREMIUM FINANCED AS PART OF MY LOAN. I FULLY UNDERSTAND THAT I DO NOT HAVE TO PURCHASE ANY OF THE FOLLOWING INSURANCE TO GET MY LOAN.

| INSURANCE PRODUCT | INSURED(S) | PREMIUM |
|---|---|---|
| Credit Life | JOE T SMITH | $ 29.65 |
| Credit Disability | JOE T SMITH | $ 97.20 |
| Credit Personal Property | | $ NONE |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

I understand that if I later decide that I do not want any or all of the insurance, I can cancel coverage by returning the certificate/policy to the office where the loan was made and request a refund of any unearned premium.

Please read your policy/certificate for applicable benefits, restrictions and limitations.

INSURANCE SALESPERSON: _____(Signature)_____     BORROWER: _____Joe T. Smith_____ (Signature)

License Number: 1001632     CO-BORROWER: _____ (Signature)

Insurance Salesperson must sign in the presence of the Borrower and must personally explain the insurance coverage to the Borrower.

Policy Services - Insurance Operations
American General Finance, Inc.
601 NW 2nd Street, P.O. Box 159
Evansville, IN 47701-0159
Telephone: 1-800-325-2147   Telefax: (800) 350-9306

MGBY.4976.0048

ALDISC (Rev. 4-96)
(10-27-97) ALQ121

# NOTE AND SECURITY AGREEMENT

**AMERICAN GENERAL FINANCE**

| ACCOUNT NUMBER | TYPE | DATE FINANCE CHARGE BEGINS TO ACCRUE |
|---|---|---|
| 7511142 | E | IF DIFFERENT FROM DATE OF NOTE |

**BORROWER(S) NAME AND ADDRESS**
JOE T SMITH
25350 HWY 80 EAST
UNION SPRINGS, AL 36089

**PAYEE (LENDER)**
AMERICAN GENERAL FINANCE, INC.
TWIN OAKS VILLAGE
MONTGOMERY, AL 36117-1594

COPY

| Date of Note | First Payment Due Date | Other Payments Due on Same Date of Each Month | Final Payment Due Date | Amount of First Payment | Amount of Balloon Payment | Amount of Monthly Payment | Total Number of Payments | Term of Loan in Months |
|---|---|---|---|---|---|---|---|---|
| 06/28/01 | 08/05/01 | | 01/05/03 | $ 80.06 | $ NONE | $ 75.00 | 18 | 18 |

## ITEMIZATION OF AMOUNT FINANCED

1. $ NONE Premium to Life Insurance Co. (Joint Coverage)
2. $ 14.69 Premium to Life Insurance Co. (Single Coverage)
3. $ 54.00 Premium to Disability Insurance Co.
4. $ NONE Premium to Property Insurance Co. $ NONE
5. $ NONE Paid to Public Officials for Certificate of Title Fees
6. $ 16.80 Paid to Public Officials for Recording and Releasing Fees

7. Appraiser for Appraisal Fee $ NONE  PAID TO
8. Title Exam Fee/Title Insurance $ NONE  PAID TO
9. Taxes Paid to Gov't. Agency $ NONE
10. Abstract Fee $ NONE  PAID TO
11. Attorney Fee $ NONE  PAID TO
12. Paid on Prior Account with Lender $ NONE
13. Amount Paid to you or on your behalf itemized below → $ 987.20   $ _____ TO _____

23.00 % Agreed Rate of Charge

A. $ 60.00 Prepaid Finance Charge Interest Surcharge
B. $ NONE Prepaid Finance Charge (Points)
C. $ NONE Prepaid Finance Charge (Mortgage Recording Tax)
D. $ NONE Prepaid FINANCE CHARGE Broker Fee (Paid to _____)
E. $ 222.37 Interest

14. $ 1072.69 Amount Financed (Sum of lines 1 thru 13)
15. $ 282.37 FINANCE CHARGE
16. 30.32 % ANNUAL PERCENTAGE RATE
17. $ 1355.06 Total of Payments
18. $ 1132.69 Principal Amount of Loan (14 + 15A + 15B + 15C + 15D)   $ 987.20 YOU

**PARTIES:** "You" means each and all of those who signed this Note and Security Agreement ("Agreement") as a Borrower. If there is more than one Borrower, each is liable for the entire obligation ("joint and several liability"). The word "we", "us" and "our" mean Lender.

**PROMISE TO PAY:** You agree and promise to pay the original Principal Amount of Loan (Amount Financed plus any Interest Surcharge, Prepaid Finance Charges which includes Interest Surcharge, Points, Brokers Fee and Mortgage Recording Tax) together with interest on the unpaid balances at the Agreed Rate of Charge set forth. The total of the original Principal Amount of Loan and such scheduled interest is to be repaid in monthly installments. The Finance Charge will be less if you make payments ahead of schedule, and greater if you make payments later than scheduled. You may prepay this loan in full or in part at any time without penalty. Partial prepayment will not defer or delay your obligation to pay remaining installments.

**TIME OF REPAYMENT:** The first payment shall be due on the First Payment Due Date indicated and the following payments shall be due on the same day of each succeeding month to and including the Final Payment Due Date.

**INTEREST SURCHARGE:** An interest surcharge of 6% of the first $2,000 of the Amount Financed may be charged to you by us. If your loan is prepaid in full by any means within 90 days of the date of your loan, you will receive a pro rata refund or credit of the interest surcharge except that in such event, we can retain an amount of no less than $25. After 90 days, the interest surcharge is fully earned by us. No refund of the interest surcharge will be made except as stated in this provision.

**LATE CHARGE:** If any payment is more than 10 days late, you will pay 5% of the unpaid amount of the payment, but not less than $10.00 and not more than $100.00.

**REQUIRED INSURANCE:** You agree to maintain insurance against all hazards and risks of physical damage on the collateral securing this loan (other than household goods) and name us as loss payee. You agree to maintain such insurance for the term of the loan. You may obtain the required insurance from any agent or insurer of your choice, or you may use any existing policy you own. Unless you provide us with evidence of the required insurance coverage, we may purchase insurance at your expense to protect our interests in your collateral. This insurance may, but need not, protect your interests. The coverage that we purchase may not pay any claim that you make or any claim that is made against you in connection with the collateral. You may later cancel any insurance purchased by us, but only after providing us with evidence that you have obtained insurance as required by our agreement. If we purchase insurance for the collateral, you will be responsible for the costs of that insurance, including interest and any other charges we may impose in connection with the placement of the insurance, until the effective date of the cancellation or expiration of the insurance. The costs of the insurance may be added to your total outstanding balance or obligation. The costs of the insurance may be more than the cost of insurance you may be able to obtain on your own.

**CREDIT INSURANCE:** If you voluntarily request credit life or disability insurance, you acknowledge disclosure of the cost of such insurance and authorize us to include it in the balance payable under the note and security agreement.
You understand that credit insurance is not required in connection with this loan and was not a factor in the approval of the extension of credit, and that you may obtain such insurance, if you want it, from any person you choose. If you have chosen to obtain credit insurance through Lender, then (a) your choice to obtain such credit insurance through Lender is indicated on a separately signed Federal Disclosure Statement, a copy of which has been given to you and (b) the cost of such credit insurance is included within the Amount Financed and is shown on the Itemization of Amount Financed.

**NOTE: This Agreement contains multiple pages that include important information about your loan.**

BY SIGNING BELOW, YOU HAVE READ, UNDERSTAND AND AGREE TO THE TERMS AND CONDITIONS IN THIS DOCUMENT, INCLUDING THE ARBITRATION PROVISIONS THAT PROVIDE, AMONG OTHER THINGS, THAT EITHER YOU OR LENDER MAY REQUIRE THAT CERTAIN DISPUTES BETWEEN YOU AND LENDER BE SUBMITTED TO BINDING ARBITRATION. IF YOU OR LENDER ELECTS TO USE ARBITRATION, BOTH YOU AND LENDER WILL HAVE WAIVED YOUR AND LENDER'S RIGHT TO A TRIAL BY A JURY OR JUDGE, THE DISPUTE WILL BE DECIDED BY AN ARBITRATOR AND THE DECISION OF THE ARBITRATOR WILL BE FINAL. ARBITRATION WILL BE CONDUCTED PURSUANT TO THE RULES OF THE NATIONAL ARBITRATION FORUM.

**COPY RECEIVED:** You acknowledge receipt of a completely filled in copy of this Agreement and the Federal Disclosure Statement on a separate sheet.
**CAUTION:** IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

Witness _[signature]_    _Joe T. Smith_  Signature of Principal Borrower

Witness _Kimberly Singleton_    _____ Signature of Other Borrower

Page 1 of 3

MGBY.4976.0049

001-00002 AL B281 (9-4-00) LB MINI-CODE AND INTEREST AND USURY

| ACCOUNT NUMBER | FEDERAL DISCLOSURE STATEMENT | AMERICAN GENERAL FINANCE |
|---|---|---|
| 7511142 | | |

| BORROWER(S) NAME AND ADDRESS | LICENSED OFFICE: (LENDER) |
|---|---|
| JOE T SMITH<br>25350 HWY 80 EAST<br>UNION SPRINGS, AL 36089 | AMERICAN GENERAL FINANCE, INC.<br>TWIN OAKS VILLAGE<br>MONTGOMERY, AL 36117-1594 |

| Date of Loan | First Payment Due Date | Other Payments Due on Same Date of Each Month | Final Payment Due Date | Amount of First Payment | Amount of Balloon Payment | Amount of Monthly Payment | Total Number of Payments | Term of Loan in Months |
|---|---|---|---|---|---|---|---|---|
| 06/28/01 | 08/05/01 | | 01/05/03 | $ 80.06 | $ NONE | $ 75.00 | 18 | 18 |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | AMOUNT FINANCED<br>The amount of credit provided to you or on your behalf | TOTAL OF PAYMENTS<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 30.32 % | $ 282.37 | $ 1072.69 | $ 1355.06 |

LATE CHARGE: If any payment is more than 10 days late, you will pay 5% of the unpaid amount of the payment, but not less than $10.00 and not more than $100.00.

PREPAYMENT: If you pay off early, you will not have to pay a penalty.

SECURITY: You are giving a security interest in:

☐ The goods or property being purchased.     ☐ Motor Vehicle

☒ Other     1 38" SONY TV, 1 25" RCA TV, 1 SONY VCR

☐ You are giving a security interest in your Real Estate located at

☐ The previous Mortgage/Deed of Trust is being retained as security on your loan.

ASSUMPTION: Someone buying your house may not assume the remainder of the Mortgage on the original terms.

INSURANCE: Credit life and/or credit disability insurance are not required to obtain a loan and will not be provided unless you sign and agree to pay the additional cost. You understand that we and/or our insurance affiliates anticipate a benefit and/or a profit from the sale of insurance, and you consent thereto if you select such insurance. If a rescission period applies, there is no credit life insurance coverage during the three day rescission period.

| Type | Premium | Signature(s) |
|---|---|---|
| Single Decreasing Credit Life and Single Credit Disability | $ 68.69 | I want single decreasing credit life and single credit disability insurance.<br>Signature(s): Joe T. Smith — First Named Borrower<br>___ Second Named Borrower |
| You hereby certify that you are employed at least 30 hours per week. | | Joe T. Smith — Insured-Single Disability |

**CREDIT LIFE AND/OR DISABILITY INSURANCE CANCELLATION OPTION**

CREDIT LIFE AND/OR DISABILITY CANCELLATION: If you desire to do so, you may, without penalty or obligation, within 30 days from the Date of Loan set forth above, cancel the credit life and/or disability insurance coverage by returning the credit life and disability insurance certificate received in connection with this loan to the office where the loan was made. Upon cancellation, a full rebate of the insurance premiums paid for this coverage will be made. You may also cancel such policy after 30 days, however, you will only be entitled to a refund of the unearned premium.

**PERSONAL PROPERTY INSURANCE DISCLOSURE**

You are required to maintain property insurance on personal property securing this loan other than household goods. You may obtain such insurance from anyone you want, or provide it through an existing policy with loss payable to us.

You are not required to purchase property insurance on your household goods to secure this loan. If you choose to have such insurance, you may obtain the insurance from anyone you want. You should consider any homeowner's or other insurance which you may already have when deciding to purchase insurance with this loan. If you purchase property insurance through us which covers the collateral which secures your loan other than a motor vehicle, you will have 30 days from the date of purchase to cancel the insurance and receive a full refund of the premium. A portion of the premium will be retained by the insurer if cancellation occurs more than 30 days from the date of the loan. To cancel you must return your policy/certificate or make a written request to this office.

If you obtain property insurance from or through us which covers the collateral which secures your loan other than a motor vehicle, it will be for a term of __0__ months and you will pay $__NONE__. You also understand that we and/or our insurance affiliates anticipate a benefit and/or a profit from your purchase of insurance.

You want property insurance

_____ Signature

_____ Signature

See the contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties if any.

You have received a copy of this Federal Disclosure Statement.

Joe T. Smith                               6/28/01
First Named Borrower                        Date

_____           _____
Second Named Borrower (if Applicable)       Date

MGBY.4976.0051

001-00002 (9-4-00) ALB171 ALABAMA INTEREST BEARING MINI-CODE AND USURY